# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of Illinois

Case Number: 07C7006

PLAINTIFF:
**Jose J. Jaramillo,**

vs.

DEFENDENT:
**Esperanza Financial Services, et al.,**

For:
Leibowitz Law Center
420 West Clayton Street
Waukegan, IL 60085-4216

Received by Lakeside Investigations, Inc. on the 22nd day of December, 2007 at 2:37 pm to be served on **Mortgage Electronic Registration Systems, C/O C T Corporation System, 208 S. La Salle Street, Chicago, IL 60604.**

I, Robert C. Regalado - Process Server, being duly sworn, depose and say that on the **26th day of December, 2007** at **11:35 am**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL CASE; COMPLAINT TO RESCIND MORTGAGE PURSUANT TO FEDERAL TRUTH IN LENDING ACT,** with the date and hour of service endorsed thereon by me, to: **Dawn Schultz** as **C T Corp., Process Specialist** for **Mortgage Electronic Registration Systems,**, at the address of: **208 S. La Salle Street, Chicago, IL 60604**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 46, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 140, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing in the county in which the process was served.

OFFICIAL SEAL
THOMAS F DOLAN III
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/12/09

Robert C. Regalado - Process Server

Subscribed and Sworn to before me on the 27th day of December, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

Lakeside Investigations, Inc.
6351 W. Montrose Ave.
#154
Chicago, IL 60634
(800) 636-1511
Our Job Serial Number: 2007003280

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Jose J. Jaramillo

CASE NUMBER: 07 C 7006

V.

ASSIGNED JUDGE:

Esperanza Financial Services
Ocwen Loan Servicing
Mortgage Electronic Registration System
WMC Mortgage Corporation

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Mortgage Electronic Registration Systems, C/o C T Corporation System, 208 S. LaSalle Street, Suite 814, Chicago, IL 60604.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David P. Leibowitz, Leibowitz Law Center, 420 W. Clayton Street, Waukegan, IL 60085.

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

DEC 17 2007
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12/26/2007 @ 11:35 A.M. |
| NAME OF SERVER (PRINT) Robert C. Regalado | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: CT Corporation System, 208 S. LaSalle Street, Chicago, IL 60604

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/27/2007
Date

Signature of Server

Address of Server:
PMB 154
6351 W Montrose Ave
Chicago IL 60634

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.