# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Jose J. Jaramillo,
v.
Esperanza Financial Services, Ocwen Loan Servicing Mortgage, Electronic Registration System, WMC Mortgage Corporation,

Case Number: 07 C 7006

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WMC Mortgage Corporation,

| |
|---|
| NAME (Type or print) <br> Arika J. Osacky |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Arika J. Osacky |
| FIRM <br> Schwartz Cooper Chartered |
| STREET ADDRESS <br> 180 North LaSalle Street, Suite 2700 |
| CITY/STATE/ZIP <br> Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6280106 | TELEPHONE NUMBER <br> 312-845-5434 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐