**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JOSE J. JARAMILLO,

          Plaintiff

    v.

ESPERANZA FINANCIAL SERVICES,
OCWEN LOAN SERVICING MORTGAGE,
ELECTRONIC REGISTRATION SYSTEM.
WMC MORTGAGE CORPORATION,

          Defendants.

Case No.  07 C 7006

Judge Blanche M. Manning

Magistrate Judge Cox

**DEFENDANT WMC MORTGAGE CORP.'S AGREED MOTION FOR EXTENSION
OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant WMC Mortgage Corp. ("WMC"), by and through its attorneys, Schwartz

Cooper Chartered, moves for an extension of time of thirty (30) days to answer or otherwise

plead to the Complaint, to and including February 15, 2008.  In support thereof, WMC states as

follows:

    1.     On December 13, 2007, Plaintiff, Jose J. Jaramillo ("Plaintiff" or "Jaramillo")

filed his Complaint to Rescind Mortgage Pursuant to Federal Truth in Lending Act (the

"Complaint").

    2.     On or about December 26, 2007, WMC was served with Summons and a copy of

the Complaint.

    3.     WMC is attempting to complete a review of the transaction at issue, including

locating responsive documents regarding the transaction.

    4.     WMC requests a brief extension of 30 days, to and including February 15, 2008,

in order to allow undersigned counsel time to file its answer or otherwise plead to the Complaint.

5.    This extension will not prejudice Plaintiff.  This is the first request by WMC for an extension of time on this issue.

6.    The undersigned counsel contacted Plaintiff's counsel who had no objection to the motion.

WHEREFORE WMC Mortgage Corp. respectfully requests this Court to grant it additional time of 30 days, to and including February 15, 2008, to file its responsive pleading to Jose J. Jaramillo's Complaint.

Respectfully submitted,
WMC Mortgage Corp.

By:    /s/ Arika J. Osacky
                Attorneys for Defendant
                WMC Mortgage Corp.

Patrick T. Stanton ARDC # 6216899
Arika J. Osacky ARDC # 6275646
SCHWARTZ COOPER CHARTERED
180 North La Salle
Suite 2700
Chicago, IL  60601
(312) 346-1300

Dated: January 14, 2008

465108.1 PENDING-PENDING