IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE J. JARAMILLO,<br><br>　　　　　Plaintiff<br><br>v.<br><br>ESPERANZA FINANCIAL SERVICES,<br>OCWEN LOAN SERVICING MORTGAGE,<br>ELECTRONIC REGISTRATION SYSTEM.<br>WMC MORTGAGE CORPORATION,<br><br>　　　　　Defendants. | Case No.  07 C 7006<br><br>Judge Blanche M. Manning<br><br>Magistrate Judge Cox |

### NOTICE OF MOTION

David P. Leibowitz
Sharanya Gururajan
Leibowitz Law Center
420 West Clayton Street
Waukegan, Illinois 60085-4213

Amy A. Kalarickal
Potestivo & Associates, PC
134 N. LaSalle St.
Chicago, IL 60602

　　　PLEASE TAKE NOTICE that on January 29, 2008 at 11:00 a.m. in Room 2125 of the U.S. District Court, 219 S. Dearborn Street, Chicago, Illinois 60602, the undersigned will present before the Honorable Judge Blanche M. Manning or any other Judge sitting in her stead, *Defendant WMC Mortgage Corp.'s Agreed Motion for Extension of Time to Answer or Otherwise Plead* copies of which are attached hereto.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　WMC Mortgage Corp.

　　　　　　　　　　　　　　　By: 　/s/ Arika J. Osacky
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　WMC Mortgage Corp.

Patrick T. Stanton ARDC # 6216899
Arika J. Osacky ARDC # 6275646
SCHWARTZ COOPER CHARTERED
180 North La Salle
Suite 2700
Chicago, IL  60601
(312) 346-1300

Dated: January 14, 2008

465406.1 PENDING-PENDING