IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE J. JARAMILLO,<br><br>   Plaintiff<br><br>v.<br><br>ESPERANZA FINANCIAL SERVICES,<br>OCWEN LOAN SERVICING MORTGAGE,<br>ELECTRONIC REGISTRATION SYSTEM.<br>WMC MORTGAGE CORPORATION,<br><br>   Defendants. | Case No.  07 C 7006<br><br>Judge Blanche M. Manning<br><br>Magistrate Judge Cox |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 14, 2008, she electronically filed the foregoing **DEFENDANT WMC MORTGAGE CORP.'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** with the Clerk of the United States District Court, via the CM/ECF System, which will send electronic notification of the filing to the following counsel of record.

> David P. Leibowitz
> Sharanya Gururajan
> Leibowitz Law Center
> 420 West Clayton Street
> Waukegan, Illinois 60085-4213
>
> Amy A. Kalarickal
> Potestivo & Associates, PC
> 134 N. LaSalle St.
> Chicago, IL 60602

    /s/ Arika J. Osacky
    Arika J. Osacky

- 3 -

465108.1 PENDING-PENDING