IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE J. JARAMILLO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 07 C 7006 |
| | ) Honorable Judge Manning |
| ESPERANZA FINANCIAL SERVICES, | ) Honorable Magistrate Judge Cox |
| OCWEN LOAN SERVICING, | ) |
| MORTGAGE ELECTRONIC REGISTRATION | ) |
| SYSTEM, | ) |
| WMC MORTGAGE CORPORATION, | ) |
| | ) |
| Defendants. | ) |

### DEFENDANT OCWEN LOAN SERVICING, LLC'S AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

NOW COMES, Defendant Ocwen Loan Servicing, LLC, by and through its attorneys, Potestivo & Associates, P.C., and moves this Honorable Court to enter an order extending Ocwen Loan Servicing, LLC's deadline to respond to Plaintiff's Complaint to February 15, 2008 pursuant to the attached Stipulation agreed upon by and between Plaintiff and Defendant Ocwen Loan Servicing, LLC.

WHEREFORE, Defendant Ocwen Loan Servicing, LLC prays that this Honorable Court enter an Order extending Ocwen Loan Servicing, LLC's deadline to respond to Plaintiff's Complaint to February 15, 2008.

Dated: January 14, 2008

Potestivo & Associates, P.C.
Amy A. Kalarickal (ARDC #: 6291675)
134 N. LaSalle St, Suite 2050
Chicago, IL 60602
Telephone: (312) 263-0003
Main Fax: (312) 263-0002

Respectfully submitted,
*/s/ Amy A. Kalarickal*
One of its attorneys