IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE J. JARAMILLO, <br><br> Plaintiff, <br><br> v. <br><br> ESPERANZA FINANCIAL SERVICES, <br> OCWEN LOAN SERVICING, <br> MORTGAGE ELECTRONIC REGISTRATION SYSTEM, <br> WMC MORTGAGE CORPORATION, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 07 C 7006 <br> ) Honorable Judge Manning <br> ) Honorable Magistrate Judge Cox <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT OCWEN LOAN SERVICING, LLC'S MOTION TO STRIKE DOCKET NUMBER 15 AND 16

NOW COMES, Defendant Ocwen Loan Servicing, LLC, by and through its attorneys, Potestivo & Associates, P.C., and moves this Honorable Court to enter an order striking Docket Number 15 and 16 of Case Number 07 C 7006, and states in support of its motion:

1. On January 14, 2008, Amy A. Kalarickal, counsel for Defendant Ocwen Loan Servicing, LLC filed as Docket Number 15 Defendant Ocwen Loan Servicing, LLC's Agreed Motion for Extension of Time to Respond to Plaintiff's Complaint ("Motion").

2. Due to clerical error, said Motion was also erroneously filed as the exhibit attached as Docket Number 15-2 rather than the correct exhibit, Stipulation Extending Defendant Ocwen Loan Servicing, LLC's Deadline to Respond to Plaintiff's Complaint ("Stipulation"). (*See Exhibit 1*, Docket Number 15, 15-2).

3. On January 14, 2008, Amy A. Kalarickal, counsel for Defendant Ocwen Loan Servicing, LLC filed as Docket Number 16 Defendant Ocwen Loan Servicing, LLC's Notice of Motion ("Notice of Motion").

4.  Due to clerical error, the Stipulation was erroneously filed as the Notice of Motion, Docket Number 16. (*See Exhibit 2*, Docket Number 16).

5.  On January 14, 2008, Amy A. Kalarickal, counsel for Defendant Ocwen Loan Servicing, LLC correctly filed the Motion and exhibit, Stipulation, as Docket Number 17 and 17-2.

6.  On January 14, 2008, Amy A. Kalarickal, counsel for Defendant Ocwen Loan Servicing, LLC correctly filed the Notice of Motion as Docket Number 18.

WHEREFORE, Defendant Ocwen Loan Servicing, LLC prays that this Honorable Court enter an Order striking Docket Number 15 and 16 as they were incorrectly filed.

Dated: January 15, 2008

Potestivo & Associates, P.C.
Amy A. Kalarickal (ARDC #: 6291675)
134 N. LaSalle St, Suite 2050
Chicago, IL 60602
Telephone: (312) 263-0003
Main Fax: (312) 263-0002

Respectfully submitted,
*/s/ Amy A. Kalarickal*
One of its attorneys