# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE J. JARAMILLO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ESPERANZA FINANCIAL SERVICES, )<br>OCWEN LOAN SERVICING, )<br>MORTGAGE ELECTRONIC REGISTRATION )<br>SYSTEM, )<br>WMC MORTGAGE CORPORATION, )<br>)<br>Defendants. ) | Case No. 07 C 7006<br>Honorable Judge Manning<br>Honorable Magistrate Judge Cox |

**STIPULATION EXTENDING DEFENDANT OCWEN LOAN SERVICING, LLC'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED between the parties hereto, by their undersigned counsel, as follows:

The Parties are currently engaged in settlement negotiations and additional time to respond to the Complaint is necessary to permit those negotiations to proceed. Accordingly, the parties agree to extend the deadline of Defendant Ocwen Loan Servicing, LLC time to respond to the Complaint to February 15, 2008.

Dated: January 14, 2008

/s/ David P. Leibowitz (w/ permission)
David P. Leibowitz
LEIBOWITZ LAW CENTER
420 West Clayton Street
Waukegan, IL 60085-4216
847-249-9100
*Counsel for Plaintiff*
*Jose J. Jaramillo*

/s/ Amy A. Kalarickal
Amy A. Kalarickal
POTESTIVO & ASSOCIATES, P.C.
134 N. LaSalle Street, Suite 2050
Chicago, IL 60602
312-263-0003
*Counsel for Defendant*
*Ocwen Loan Servicing, LLC*