IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE J. JARAMILLO,<br><br>    Plaintiff,<br><br>v.<br><br>ESPERANZA FINANCIAL SERVICES,<br>OCWEN LOAN SERVICING,<br>MORTGAGE ELECTRONIC REGISTRATION<br>SYSTEM,<br>WMC MORTGAGE CORPORATION,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 07 C 7006<br>)  Honorable Judge Manning<br>)  Honorable Magistrate Judge Cox<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

**TO:**

| | |
|---|---|
| **David P. Leibowitz** | **Patrick T. Stanton** |
| **Sharanya Gururajan** | **Arika J. Osacky** |
| **Leibowitz Law Center** | **Schwartz Cooper Chartered** |
| **420 West Clayton Street** | **180 North LaSalle, Suite 2700** |
| **Waukegan, IL 60085-4216** | **Chicago, IL 60601** |

PLEASE TAKE NOTICE that Defendant Ocwen Loan Servicing, LLC's Motion to Strike Docket Number 15 and 16 will be brought on to be heard before the Honorable Judge Blanche M. Manning on **Tuesday, January 29, 2008 at 11:00 a.m.**, or as soon thereafter as counsel may be heard.

Respectfully submitted,

*/s/ Amy A. Kalarickal*
One of its attorneys

Potestivo & Associates, P.C.
Amy A. Kalarickal  (ARDC #: 6291675)
134 N. LaSalle St, Suite 2050
Chicago, IL 60602
Telephone: (312) 263-0003
Main Fax: (312) 263-0002

## CERTIFICATE OF SERVICE

I, Amy A. Kalarickal, an attorney, hereby certify that a true and correct copy of the foregoing Notice of Motion and Defendant Ocwen Loan Servicing, LLC's Motion to Strike Docket Number 15 and 16 was served upon counsel of record through operation of the Court's ECF system on **January 15, 2008**:

**Counsel for Plaintiff**
David Perry Leibowitz - dpl@lakelaw.com

**Counsel for Defendant WMC Mortgage Corporation**
Patrick Thomas Stanton - pstanton@scgk.com
Arika Joy Osacky - aosacky@scgk.com

Respectfully submitted,

*/s/ Amy A. Kalarickal*
One of its attorneys

Potestivo & Associates, P.C.
Amy A. Kalarickal (ARDC #: 6291675)
134 N. LaSalle St, Suite 2050
Chicago, IL 60602
Telephone: (312) 263-0003
Main Fax: (312) 263-0002