## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Jose J. Jaramillo
                                          Plaintiff,

v.                                                                    Case No.: 1:07–cv–07006
                                                                    Honorable Blanche M. Manning

Esperanza Financial Services, et al.
                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 29, 2008:

      MINUTE entry before Judge Blanche M. Manning : Defendants' motions for extension of time to 2/15/2008 to answer [12] [17] are granted. Defendant's motion for extension of time [15] is stricken as duplicative. Defendant's motion to strike documents 15 and 16 [19] is granted. Status hearing set for 2/21/2008 at 11:00 AM.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.