IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE J. JARAMILLO,<br><br>       Plaintiff<br><br>v.<br><br>ESPERANZA FINANCIAL SERVICES,<br>OCWEN LOAN SERVICING MORTGAGE,<br>ELECTRONIC REGISTRATION SYSTEM.<br>WMC MORTGAGE CORPORATION,<br><br>       Defendants. | Case No. 07 C 7006<br><br>Judge Blanche M. Manning<br><br>Magistrate Judge Cox |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 14, 2008, she electronically filed the foregoing **DEFENDANT WMC MORTGAGE, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT TO RESCIND MORTGAGE PURSUANT TO FEDERAL TRUTH IN LENDING ACT** with the Clerk of the United States District Court, via the CM/ECF System, which will send electronic notification of the filing to the following counsel of record.

        David P. Leibowitz
        Sharanya Gururajan
        Leibowitz Law Center
        420 West Clayton Street
        Waukegan, Illinois 60085-4213

        Amy A. Kalarickal
        Potestivo & Associates, PC
        134 N. LaSalle St.
        Chicago, IL 60602

                /s/ Arika J. Osacky
                Arika J. Osacky