**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Jose J. Jaramillo
                         Plaintiff,

v.                                            Case No.: 1:07–cv–07006
                                                 Honorable Blanche M. Manning

Esperanza Financial Services, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 21, 2008:

       MINUTE entry before Judge Blanche M. Manning :Status hearing held on 2/21/200.Briefing as to motion to dismiss[24]is set as follows: Response due by 3/18/2008; Reply due by 4/3/2008. Parties to conduct rule 26(f) conference before the next hearing. Parties are to preset a joint status report with a proposed discovery schedule at the next hearing.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.