**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Jose J. Jaramillo

                                     Plaintiff,

v.                                                                             Case No.: 1:07–cv–07006
                                                                            Honorable Blanche M. Manning

Esperanza Financial Services, et al.

                                     Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Susan E. Cox for the purpose of holding proceedings related to: discovery motions, discovery supervision and settlement conference. (tlp,)Mailed notice.

Dated: February 21, 2008

                                                                             /s/ Blanche M. Manning

                                                                            United States District Judge