IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE J. JARAMILLO | ) | |
| | ) | |
| | ) | Case Number:  07 CV 07006 |
| Plaintiff(s), | ) | |
| vs. | ) | Honorable   Blanche M. Manning |
| | ) | |
| ESPERANZA FINANCIAL | ) | |
| SERVICES, et.al | ) | |
| | ) | |
| Defendant. | ) | |

<u>CERTIFICATE OF SERVICE</u>

To:    J. Steven Butkus, Gerard, Kalina & Butkus, 100 W Roosevelt Road,   Wheaton, IL - 60187
*Amy Ann Kalarickal, Potestivo & Associates, 134 N. LaSalle St., Suite 2050, Chicago, Il - 60602
MERS, c/o CT Corporation System, 201 S. LaSalle Street, Suite 814, Chicago, Il – 60602, E-MAIL: akalarickal@potesitvolaw.com
*Patrick Thomas Stanton, Schwartz, Cooper Chtd., 180 North LaSalle St, Suite 2700, Chicago, IL - 60601, E-MAIL: pstanton@scgk.com

On March 6, 2008, the undersigned certifies that she caused to be served the **NOTIFICATION OF DOCKET ENTRY BY THE HONORABLE BLANCHE M. MANNING ENTERED ON FEBRUARY 28, 2008** upon the above Service List via US mail with postage pre-paid at Waukegan, IL. Those marked with an * were served via electronic service.

/s/Kellie Ojanpera Dame
Paralegal

David P. Leibowitz (Atty. No. 1612271)
Sharanya Gururajan (Atty. No. 6286295)
Leibowitz Law Center
420 W. Clayton Street
Waukegan, IL 60085
Phone:  847.249.9100