# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Jose J. Jaramillo

                               Plaintiff,

v.                                                                        Case No.: 1:07–cv–07006

                                                                                Honorable Blanche M. Manning

Esperanza Financial Services, et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 17, 2008:

      MINUTE entry before Judge Honorable Susan E. Cox:Magistrate Judge Status hearing held and continued to 6/16/2008 at 09:30 AM. THe parties are directed to submit a proposed discovery schedule including expert disclosure dates as directed in open court by 3/24/2008.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.