IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| JOSE J. JARAMILLO | ) | | |
| | ) | | |
| | ) | Case Number: | 07 CV 07006 |
| Plaintiff(s), | ) | | |
| vs. | ) | Honorable | Blanche M. Manning |
| | ) | | |
| ESPERANZA FINANCIAL SERVICES, et.al | ) | Magistrate Judge | Susan E. Cox |
| | ) | | |
| Defendant. | ) | | |

**PLAINTIFF'S RESPONSE TO OCWEN LOAN SERVICING LLC'S MOTION TO DISMISS**

Now comes Jose J. Jaramillo ("Plaintiff") by and through his attorneys, LEIBOWITZ LAW CENTER, in response to OCWEN Loan Servicing LLC's ("OCWEN") Motion to Dismiss and states as follows:

1. Plaintiff named OCWEN as a party to this suit because he was not aware of the identity of the current holder of the mortgage note at the time of filing.

2. Plaintiff is now aware of the identity of the current holder of the mortgage note and will be filing a motion to substitute the current holder as a defendant to this suit.

3. At this time, Plaintiff is agreeable to dismissing this suit against OCWEN without prejudice.

Wherefore, Plaintiff respectfully requests that this Court dismiss this instant action as to OCWEN without prejudice and for other relief as the Court may deem just and equitable.

Respectfully Submitted By,

/s/ David P. Leibowitz
Attorney for Plaintiff

David P. Leibowitz
Attorney No. 1612271
Sharanya Gururajan
Attorney I.D. No. 6286295
Leibowitz Law Center
420 W. Clayton St.
Waukegan, IL  60085