IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| JOSE J. JARAMILLO | ) | | |
| | ) | | |
| | ) | Case Number: | 07 CV 07006 |
| Plaintiff(s), | ) | | |
| vs. | ) | Honorable | Blanche M. Manning |
| | ) | | |
| ESPERANZA FINANCIAL | ) | | |
| SERVICES, et.al | ) | Magistrate Judge | Susan E. Cox |
| | ) | | |
| Defendant. | ) | | |

### NOTICE OF FILING

**To:**   J. Steven Butkus, Gerard, Kalina & Butkus, 100 W Roosevelt Road, Wheaton, IL - 60187
Amy Ann Kalarickal, Potestivo & Associates, 134 N. LaSalle St., Suite 2050, Chicago, Il - 60602
MERS, c/o CT Corporation System, 201 S. LaSalle Street, Suite 814, Chicago, Il – 60602, E-Patrick Thomas Stanton, Schwartz, Cooper Chtd., 180 North LaSalle St, Suite 2700, Chicago, IL – 60602
Arika Joy Osacky, Schwartz, Cooper, Greenberg & Krauss, 180 North LaSalle Street, Suite 2700, Chicago, IL 60601

PLEASE TAKE NOTICE that on Tuesday, March 18, 2008, we caused to be filed our **PLAINTIFF'S RESPONSE TO OCWEN LOAN SERVICING LLC'S MOTION TO DISMISS**.

Dated:   March 18, 2008

/s/ David P. Leibowitz
Lead Counsel for Plaintiff

### Certificate of Service

On March 18, 2008, the undersigned, certifies that on this date, she caused a copy of the above document to be served upon each person shown via U.S. Mail.

/s/Chyrel Rivera
Legal Assistant

David P. Leibowitz (Atty. No. 1612271)
Sharanya Gururajan (Atty. No. 6286295)
Leibowitz Law Center
420 W. Clayton Street
Waukegan, IL 60085
Phone:  847.249.9100