IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE J. JARAMILLO ) | | |
| ) | | |
| ) | Case Number: | 07 CV 07006 |
| Plaintiff(s), ) | | |
| vs. ) | Honorable | Blanche M. Manning |
| ) | | |
| ESPERANZA FINANCIAL ) | | |
| SERVICES, et.al ) | Magistrate Judge | Susan E. Cox |
| ) | | |
| Defendant. ) | | |

## AGREED SCHEDULING ORDER

The parties have agreed to the following deadlines by which fact and expert discovery shall be completed in the above captioned case:

On March 21, 2008 and again on March 24, 2008, Counsel for Jose J. Jaramillo, U.S. Bank National Association, as Trustee for the Registered Holders of MASTR Asset Backed Securities Trust 2007-WMC1Mortgage Pass-Through Certificates Series 2007-WMC1 (to be included by amendment of the Complaint as real party in interest), and WMC Mortgage LLC conferred by telephone and reached agreement on a discovery plan.

1. The Parties will exchange initial disclosures within 28 days of the commencement of discovery.

2. The parties shall conclude written and oral discovery within 120 days of commencement of discovery by July 22, 2008.

3. Plaintiff shall designate expert witnesses and provide the disclosures required pursuant to Fed. R. Civ. P. 26(a)(2) within 60 days after the conclusion of written and oral discovery by September 22, 2008.

4.	Defendants shall designate expert witnesses and provide the disclosures required pursuant to Fed. R. Civ. P. 26(a)(2) within 60 days after Plaintiff discloses the same by November 21, 2008.

5.	Depositions of expert witnesses will be taken by and all expert discovery will be completed by January 20, 2009.

6.	All dispositive motions shall be filed within 60 days of completion of expert discovery by March 23, 2009.

Respectfully Submitted By,

/s/ David P. Liebowitz
David P. Leibowitz
Leibowitz Law Center
Lead Counsel for the Plaintiff

/s/ Amy Ann Kalarickal
Amy Ann Kalarickal
Potestivo & Associates, P.C.
Lead Counsel for Ocwen Loan Servicing, LLC
and U.S. Bank National Association, as Trustee for the Registered Holders of MASTR Asset Backed Securities Trust 2007-WMC1Mortgage Pass-Through Certificates Series 2007-WMC1

/s/ Patrick Thomas Stanton
Patrick Thomas Stanton
Schwartz, Cooper Chtd.
Lead Counsel for WMC Mortgage LLC


David P. Leibowitz
Attorney No. 1612271
Sharanya Gururajan
Attorney I.D. No. 6286295
Leibowitz Law Center
420 W. Clayton St.
Waukegan, IL  60085