## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7006 | **DATE** | 3/27/2008 |
| **CASE TITLE** | Jaramillo vs. Esperanza Financial Services, et al. | | |

**DOCKET ENTRY TEXT**

Defendant Ocwen Loan Servicing LLC has moved to dismiss the plaintiffs' complaint against it. The plaintiffs respond that they are "agreeable to dismissing this suit against Ocwen without prejudice." Accordingly, Ocwen's motion to dismiss [24-1] is granted. Ocwen is dismissed without prejudice as a defendant. To the extent that the plaintiffs seek to amend their complaint, they either must request leave to do so before Magistrate Judge Cox with a properly noticed motion or present before her, a proposed order agreed to by all of the parties.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|