UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Jose J. Jaramillo
         Plaintiff,

v.              Case No.: 1:07–cv–07006
              Honorable Blanche M. Manning

Esperanza Financial Services, et al.
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 31, 2008:

  MINUTE entry before the Honorable Susan E. Cox: The parties will exchange initial disclosures on or before 4/30/08. The parties shall complete written and oral discovery by 7/22/08. Plaintiff shall designate expert witnesses and provide the disclosures required pursuant to FRCP 26(a)(2) by 9/5/08. Defendants shall designate expert witnesses and provide the disclosures required pursuant to FRCP 26(a)(2) by 10/5/08. Depositions of expert witnesses will be taken by and all expert discovery will be completed by 12/31/08. All dispositive motions shall be filed by 2/27/09. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.