## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
## Eastern Division

Jose J. Jaramillo

                                      Plaintiff,

v.                                                       Case No.: 1:07–cv–07006
                                                                  Honorable Blanche M. Manning

Esperanza Financial Services, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 23, 2008:

       MINUTE entry before the Honorable Susan E. Cox: The parties having submitted an agreed order for the Court's approval, Plaintiff is granted leave to file his First Amended Complaint. Enter Order. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.