IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE J. JARAMILLO | ) | |
| | ) | |
| | ) | Case Number: 07 CV 07006 |
| Plaintiff(s), | ) | |
| vs. | ) | Honorable Blanche M. Manning |
| | ) | |
| ESPERANZA FINANCIAL SERVICES, et.al | ) | |
| | ) | Magistrate Judge Susan E. Cox |
| | ) | |
| Defendant. | ) | |

### AGREED ORDER GRANTING PLAINTIFF LEAVE TO FILE HIS FIRST AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that Plaintiff is granted leave to file his First Amended Complaint.

Respectfully Submitted By,

/s/ David P. Liebowitz
David P. Leibowitz
Leibowitz Law Center P.C
Lead Counsel for the Plaintiff

/s/ Amy Ann KalarickaL
Amy Ann Kalarickal
Potestivo & Associates,
Lead Counsel for U.S. Bank National Association, as Trustee for the Registered Holders of MASTR Asset Backed Securities Trust 2007-WMC1Mortgage Pass-Through Certificates Series 2007-WMC1

/s/ Arika J. Osacky
Patrick Thomas Stanton
Arika J. Osacky

Schwartz, Cooper Chtd.
Lead Counsel for WMC Mortgage LLC

DATE: __4/23/08__

_____
Susan E. Cox
U.S. Magistrate Judge

David P. Leibowitz
Attorney No. 1612271
Sharanya Gururajan
Attorney I.D. No. 6286295
Leibowitz Law Center
420 W. Clayton St.
Waukegan, IL 60085