# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOSE J. JARAMILLO ) | |
| ) | |
| ) | Case Number:   07 CV 07006 |
| Plaintiff(s), ) | |
| vs. ) | Honorable   Blanche M. Manning |
| ) | |
| ESPERANZA FINANCIAL ) | |
| SERVICES, et.al ) | Magistrate Judge   Susan E. Cox |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING

**To:**  J. Steven Butkus, Gerard, Kalina & Butkus, 100 W Roosevelt Road, Wheaton, IL - 60187
Amy Ann Kalarickal, Potestivo & Associates, 134 N. LaSalle St., Suite 2050, Chicago, Il - 60602
MERS, c/o CT Corporation System, 201 S. LaSalle Street, Suite 814, Chicago, Il – 60602, E-Patrick Thomas Stanton, Schwartz, Cooper Chtd., 180 North LaSalle St, Suite 2700, Chicago, IL – 60602
Arika Joy Osacky, Schwartz, Cooper, Greenberg & Krauss, 180 North LaSalle Street, Suite 2700, Chicago, IL 60601

PLEASE TAKE NOTICE that on Monday, April 28, 2008, we caused to be filed our **PLAINTIFF'S FIRST AMENDED COMPLAINT**.

Dated:   April 28, 2008

/s/ David P. Leibowitz
Lead Counsel for Plaintiff

## Certificate of Service

On April 28, 2008 the undersigned, certifies that on this date, she caused a copy of the above document to be served upon each person shown via U.S. Mail.

/s/Chyrel Rivera
Legal Assistant

**David P. Leibowitz (Atty. No. 1612271)**
**Sharanya Gururajan (Atty. No. 6286295)**
**Leibowitz Law Center**
**420 W. Clayton Street**
**Waukegan, IL 60085**
**Phone:  847.249.9100**