## United States District Court for the Northern District of Illinois

Case Number: 07cv7006                    Assigned/Issued By: j. n.

Judge Name:                              Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00     ☐ $39.00     ☐ $5.00

☐ IFP         ☐ No Fee     ☐ Other _____

☐ $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____       Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                               ☑ Alias Summons

☐ Third Party Summons                   ☐ Lis Pendens

☐ Non Wage Garnishment Summons          ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____
                                        _____
☐ Citation to Discover Assets           (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

__4__ Original and __0__ copies on __4-30-08__ as to MORTGAGE ELECTRIC
                                   (Date)
REGISTRATION SYSTEMS; ESPERANZA FINANCIAL SERVICES; WMC MORTGAGE

CORPORATION; U.S. BANK NATIONAL ASSOCIATION

---

C:\wpwin80\docket\feeinfo.frm    03/14/05