## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of Illinois

Case Number: 07CV7006

PLAINTIFF:
**Jose J. Jaramillo,**

vs.

DEFENDENT:
**Esperanza Financial Services, et al.,**

For:
Leibowitz Law Center
420 West Clayton Street
Waukegan, IL 60085-4216

Received by Lakeside Investigations, Inc. on the 6th day of May, 2008 at 8:05 am to be served on **Esperanza Financial Services c/o Guerard, Kalina & Butkus, 100 W. Roosevelt Road, Wheaton, IL 60187**.

I, Robert C. Regalado - Process Server, being duly sworn, depose and say that on the **6th day of May, 2008 at 2:45 pm, I**:

served a **CORPORATION** by delivering a true copy of the **ALIAS SUMMONS IN A CIVIL CASE, FIRST AMENDED COMPLAINT TO RESIND MORTGAGE PURSUANT TO FEDERAL TRUTH IN LENDING ACT, EXHIBIT A,B,C**, with the date and hour of service endorsed thereon by me, to: **Steve Butkus** as **Attorney** for **Esperanza Financial Services**, at the address of: **100 W. Roosevelt Road, Wheaton, IL 60187**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 180, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing in the county in which the process was served.

OFFICIAL SEAL
THOMAS F DOLAN III
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/12/09

_____
Robert C. Regalado / Process Server

Subscribed and Sworn to before me on the 7th day of May, 2008 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Lakeside Investigations, Inc.
6351 W. Montrose Ave.
#154
Chicago, IL 60634
(800) 636-1511
Our Job Serial Number: 2008001764

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c