## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Northern District of Illinois

Case Number: 07CV7006

PLAINTIFF:
**Jose J. Jaramillo,**

vs.

DEFENDENT:
**Esperanza Financial Services, et al.,**

For:
Leibowitz Law Center
420 West Clayton Street
Waukegan, IL 60085-4216

Received by Lakeside Investigations, Inc. on the 6th day of May, 2008 at 8:05 am to be served on **W M C Mortgage Corporation c/o Patrick Thomas Stanton, Schwartz, Cooper Chtd., 180 N. La Salle Street, #2700, Chicago, IL 60601.**

I, Robert C. Regalado - Process Server, being duly sworn, depose and say that on the **6th day of May, 2008** at **12:30 pm, I:**

served a CORPORATION by delivering a true copy of the **ALIAS SUMMONS IN A CIVIL CASE, FIRST AMENDED COMPLAINT TO RESIND MORTGAGE PURSUANT TO FEDERAL TRUTH IN LENDING ACT, EXHIBIT A,B,C**, with the date and hour of service endorsed thereon by me, to: **Patrick Stanton** as **Agent** for **W M C Mortgage Corporation**, at the address of: **180 N. La Salle Street, #2700, Chicago, IL 60601**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 43, Sex: M, Race/Skin Color: White, Height: 5'9", Weight: 160, Hair: Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing in the county in which the process was served.

OFFICIAL SEAL
THOMAS F DOLAN III
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/12/09

Robert C. Regalado / Process Server

Subscribed and Sworn to before me on the 7th day of May, 2008 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Lakeside Investigations, Inc.
6351 W. Montrose Ave.
#154
Chicago, IL 60634
(800) 636-1511
Our Job Serial Number: 2008001763