# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7006 | **DATE** | 5/9/2008 |
| **CASE TITLE** | Jose J. Jaramillo vs. Esperanza Financial Services | | |

**DOCKET ENTRY TEXT**

The parties having submitted an agreed proposed order, the current deadline for the parties to exchange initial disclosures shall be extended to 5/30/08.  Enter Agreed Order.

■ [ For further detail see separate order(s).]

| | Courtroom Deputy Initials: | VKD |
|---|---|---|