IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOSE J. JARAMILLO,                              )
                                                )
         Plaintiff,                             )
                                                )
v.                                              )    Case No. 07 C 7006
                                                )    Honorable Judge Manning
ESPERANZA FINANCIAL SERVICES,                   )    Honorable Magistrate Judge Cox
OCWEN LOAN SERVICING,                           )
MORTGAGE ELECTRONIC REGISTRATION               )
SYSTEM,                                         )
WMC MORTGAGE CORPORATION,                       )
                                                )
         Defendants.                            )

## AGREED ORDER TO EXTEND DEADLINE FOR EXCHANGING INITIAL DISCLOSURES TO MAY 30, 2008

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto,

through their respective counsel, that as Plaintiff has recently been granted leave to amend the

Complaint to add U.S. Bank National Association, as Trustee for the Registered Holders of

MASTR Asset Backed Securities Trust 2007-WMC1 Mortgage Pass-Through Certificates Series

2007-WMC1, the current deadline for the parties to exchange initial disclosures shall be

extended to May 30, 2008 to allow all parties to have adequate time to prepare and exchange the

initial disclosures;

IT IS HEREBY ORDERED that the current deadline for the parties to exchange initial

disclosures shall be extended to May 30, 2008.

Dated: MAY 0 9 2008
_____          _____
                                 Hon. Susan E. Cox

Dated: April 25, 2008

/s/ David P. Leibowitz (w/ permission)
David P. Leibowitz
LEIBOWITZ LAW CENTER
420 West Clayton Street
Waukegan, IL 60085-4216
847-249-9100
*Counsel for Plaintiff*
*Jose J. Jaramillo*

/s/ Amy A. Kalarickal
Amy A. Kalarickal
POTESTIVO & ASSOCIATES, P.C.
134 N. LaSalle Street, Suite 2050
Chicago, IL 60602
312-263-0003
*Counsel for*
*U.S. Bank National Association, as Trustee for*
*the Registered Holders of MASTR Asset Backed*
*Securities Trust 2007-WMC1Mortgage Pass-*
*Through Certificates Series 2007-WMC1*

/s/ Arika J. Osacky (w/ permission)
Arika J. Osacky
Schwartz Cooper Chartered
180 N. LaSalle, Suite 2700
Chicago, Illinois 60601
*Counsel for Defendant*
*WMC Mortgage Corp.*