IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE J. JARAMILLO,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ESPERANZA FINANICAL SERVICES;<br>U.S. BANK NATIONAL ASSOCIATION, AS<br>TRUSTEE FOR THE REGISTERED HOLDERS<br>OF MASTR ASSET BACKED SECURITIES<br>TRUST 2007-WMC1 MORTGAGE PASS-<br>THROUGH CERTIFICATES, SERIES 2007-<br>WMC1; MORTGAGE ELECTRONIC<br>REGISTRATION SYSYSTEM; WMC<br>MORTGAGE CORPORATION,<br><br>　　　　Defendants. | Case No. 07 CV 7006<br>Honorable Judge Manning<br>Honorable Magistrate Judge Cox |

## NOTICE OF MOTION

TO:

| | |
|---|---|
| David P. Leibowitz | Patrick T. Stanton |
| Sharanya Gururajan | Arika J. Osacky |
| Leibowitz Law Center | Schwartz Cooper Chartered |
| 420 West Clayton Street | 180 North LaSalle, Suite 2700 |
| Waukegan, IL 60085-4216 | Chicago, IL 60601 |

　　PLEASE TAKE NOTICE that Defendant US Bank's 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint will be brought on to be heard before the Honorable Judge Blanche M. Manning on **Tuesday , May 20, 2008 at 11:00 a.m.**, or as soon thereafter as counsel may be heard.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Amy A. Kalarickal
　　　　　　　　　　　　　　　　　　　　　　One of its attorneys

POTESTIVO & ASSOCIATES, P.C.
134 N. LaSalle St., Suite 2050
Chicago, IL 60602
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
*Attorneys for Defendant US Bank
National Association, as Trustee*

1

## CERTIFICATE OF SERVICE

I, Amy A. Kalarickal, an attorney, hereby certify that a true and correct copy of the foregoing Notice of Motion was served upon counsel of record through operation of the Court's ECF system on **May 15, 2008**:

**Counsel for Plaintiff**
David Perry Leibowitz - dpl@lakelaw.com

**Counsel for Defendant WMC Mortgage Corporation**
Patrick Thomas Stanton - pstanton@scgk.com
Arika Joy Osacky - aosacky@scgk.com

Respectfully submitted,

By: /s/ Amy A. Kalarickal
One of its Attorneys

Amy A. Kalarickal (ARDC#6291675)
POTESTIVO & ASSOCIATES, P.C.
134 N. LaSalle St., Suite 2050
Chicago, IL 60602
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
*Attorneys for Defendant US Bank*
*National Association, as Trustee*

2