IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE J. JARAMILLO,           )<br>                              )<br>     Plaintiffs,             )<br>                              )<br>     v.                       )<br>                              )<br>ESPERANZA FINANICAL SERVICES; )<br>U.S. BANK NATIONAL ASSOCIATION, AS )<br>TRUSTEE FOR THE REGISTERED HOLDERS )<br>OF MASTR ASSET BACKED SECURITIES )<br>TRUST 2007-WMC1 MORTGAGE PASS- )<br>THROUGH CERTIFICATES, SERIES 2007- )<br>WMC1; MORTGAGE ELECTRONIC )<br>REGISTRATION SYSYSTEM; WMC )<br>MORTGAGE CORPORATION,         )<br>                              )<br>     Defendants.              )<br>_____) | Case No. 07 CV 7006<br>Honorable Judge Manning<br>Honorable Magistrate Judge Cox |

## CERTIFICATE OF SERVICE

I, Amy A. Kalarickal, an attorney, hereby certify that a true and correct copy of the Attorney Appearance was served upon counsel of record through operation of the Court's ECF system on **May 15, 2008**:

**Counsel for Plaintiff**
David Perry Leibowitz - dpl@lakelaw.com

**Counsel for Defendant WMC Mortgage Corporation**
Patrick Thomas Stanton - pstanton@scgk.com
Arika Joy Osacky - aosacky@scgk.com

                                        Respectfully submitted,

                                        By:  /s/   Amy A. Kalarickal
                                              One of its Attorneys

Amy A. Kalarickal (ARDC#6291675)
POTESTIVO & ASSOCIATES, P.C.
134 N. LaSalle St., Suite 2050
Chicago, IL 60602
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
*Attorneys for Defendant US Bank*
*National Association, as Trustee*