IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE J. JARAMILLO,<br><br>           Plaintiffs,<br><br>v.<br><br>ESPERANZA FINANICAL SERVICES;<br>U.S. BANK NATIONAL ASSOCIATION, AS<br>TRUSTEE FOR THE REGISTERED HOLDERS<br>OF MASTR ASSET BACKED SECURITIES<br>TRUST 2007-WMC1 MORTGAGE PASS-<br>THROUGH CERTIFICATES, SERIES 2007-<br>WMC1; MORTGAGE ELECTRONIC<br>REGISTRATION SYSYSTEM; WMC<br>MORTGAGE CORPORATION,<br><br>           Defendants. | Case No. 07 CV 7006<br>Honorable Judge Manning<br>Honorable Magistrate Judge Cox |

### DEFENDANT U.S. BANK'S NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT

Defendant U.S. Bank National Association, as Trustee for the registered holders of MASTR Asset Backed Securities Trust 2007-WMC1 Mortgage Pass-through Certificates, Series 2007-WMC1 ("U.S. Bank"), by and through its attorneys, Potestivo & Associates, P.C., makes its corporate disclosure statement as follows:

1. Defendant U.S. Bank is a nongovernmental party.

2. Defendant U.S. Bank has no affiliates as defined in Local Rule 3.2 of the United States District Court for the Northern District of Illinois.

Respectfully submitted,

*/s/ Amy A. Kalarickal*
One of its attorneys

POTESTIVO & ASSOCIATES, P.C.
134 N. LaSalle St., Suite 2050
Chicago, IL 60602
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
*Attorneys for Defendant U.S. Bank*

1