# NOTICE OF RIGHT TO CANCEL

LOAN NO. 4982                                  TO: JOSE J. JARAMILLO

**YOUR RIGHT TO CANCEL**

You are entering into a transaction that will result in a mortgage on your home. You have a legal right under federal law to cancel this transaction, without cost, within three (3) business days from whichever of the following occur last:

(1) the date of the transaction, which is  October 25, 2006    ; or
(2) the date you received your Truth in Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel this transaction, the mortgage is also cancelled. Within twenty (20) calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage on your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within twenty (20) calendar days of your offer, you may keep it without further obligation.

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing at:
(Name of Lender) ESPERANZA FINANCIAL SERVICES, INC.

(Business Address) 6810 WEST CERMAK ROAD
                   BERWYN, ILLINOIS 60402

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one (1) copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of  October 28, 2006
(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

---

**I WISH TO CANCEL**

_____          _____
Consumer's Signature                                              Date

---

I hereby acknowledge receipt of two copies of this notice,  October 25, 2006    .

_____
Signature JOSE J. JARAMILLO

---

## CONFIRMATION

More than 3 business days have elapsed since the date of the new transaction and we received this Notice and Truth-in-Lending disclosures with regard to the new transaction. We certify that the new transaction has not been rescinded.

Customer                                                       Date: _____

_____
JOSE J. JARAMILLO

21319
Rev. 05/07/02



EXHIBIT A

# NOTICE OF RIGHT TO CANCEL

LOAN NO. 4982                           TO: JOSE J. JARAMILLO

**YOUR RIGHT TO CANCEL**

You are entering into a transaction that will result in a mortgage on your home. You have a legal right under federal law to cancel this transaction, without cost, within three (3) business days from whichever of the following occur last:

(1) the date of the transaction, which is **October 25, 2006**    ; or
(2) the date you received your Truth in Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel this transaction, the mortgage is also cancelled. Within twenty (20) calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage on your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within twenty (20) calendar days of your offer, you may keep it without further obligation.

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing at:
(Name of Lender) ESPERANZA FINANCIAL SERVICES, INC.

(Business Address) 6810 WEST CERMAK ROAD
                   BERWYN, ILLINOIS 60402

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one (1) copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of **October 28, 2006** (or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

_____        _____
Consumer's Signature                    Date

I hereby acknowledge receipt of two copies of this notice, **October 25, 2006**  .

_Candy Jaramillo_
Signature  CANDY D. JARAMILLO

## CONFIRMATION

More than 3 business days have elapsed since the date of the new transaction and we received this Notice and Truth-in-Lending disclosures with regard to the new transaction. We certify that the new transaction has not been rescinded.

Customer: _Candy Jaramillo_                Date: _____

CANDY D. JARAMILLO

21325
Rev. 05/07/02