

Image# 042899970003 Type: ASG
Recorded: 02/27/2008 at 10:17:53 AM
Receipt#: 2008-00010071
Total Amt: $39.00 Page 1 of 3
IL Rental Housing Fund: $10.00
Lake County IL Recorder
Mary Ellen Vanderventer Recorder

File **6310599**

# ASSIGNMENT OF MORTGAGE

## COVERSHEET





EXHIBIT B

Mail to:

Prepared by: SONALI CHORGE
Ocwen Loan Servicing, LLC
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Phone Number: 561-682-8835
WMC# 11733075

## ASSIGNMENT OF MORTGAGE
## ILLINOIS

This **ASSIGNMENT OF MORTGAGE** is made and entered into as of the 5th day of Feb., 2008, from **WMC MORTGAGE LLC, SUCCESSOR-IN- INTEREST TO WMC MORTGAGE CORP.**, whose address is 3100 THRONTON AVENUE-TRANSBOX RD-0127, BURBANK, CA 91504 ("Assignor") to **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF MASTR ASSET BACKED SECURITIES TRUST 2007-WMC1MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-WMC1** whose address is c/o Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, Florida, 33409 ("Assignee").

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Assignor does by these presents hereby grant, bargain, sell, assign, transfer and set over unto the Assignee, its successors, transferees and assigns forever, all of the rights title and interest of said Assignor in and to the following instrument describing land therein, duly recorded in the Office of the County Recorder of **LAKE** County, State of **ILLINOIS**, as follows:

Mortgagor: JOSE J. JARAMILLO married to CANDY D. JARAMILLO
Mortgagee: ESPERANZA FINANCIAL SERVICE, INC.
Document Date: OCTOBER 25, 2006    Date Recorded: 11/15/2006
Document/Instrument/Entry Number: 6091407
Book/Volume/Docket/Liber: _____    Page/Folio: _____
PIN: 06-08-401-003-0000
Property Address: 1323 NORTH CEDAR LAKE ROAD, LAKE VILLA, IL
Property more fully described as: *LEGAL DESCRIPTION :*

LOT 4 IN ALMA-MARK'S BIRCHWOOD TERRACE, BEING A SUBDIVISION OF PART OF
THE NORTHWEST 1/4 OF THE SOUTHEAST 1/4 OF SECTION 8, TOWNSHIP 45 NORTH,
RANGE 10, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT
THEREOF RECORDED AUGUST 28, 1986 AS DOCUMENT 2476738, IN LAKE COUNTY,
ILLINOIS.

This Assignment is made without recourse, representation or warranty. IN WITNESS WHEREOF, the undersigned has executed this Assignment of Mortgage at _____, _____, this 5th day of FEBRUARY, 2008.

**WMC MORTGAGE LLC, SUCCESSOR-IN- INTEREST
TO WMC MORTGAGE CORP.**

BY: _____

NAME: Robert Rothleder
TITLE: Vice President

STATE OF _____, COUNTY OF _____ )SS.
This assignment is effective _____.

The foregoing instrument was acknowledged before me this _____ day of _____, 2008, by _____, the _____ at **WMC MORTGAGE LLC, SUCCESSOR-IN- INTEREST TO WMC MORTGAGE CORP.**, on behalf of the company. He/She is personally known to me.

_____
Notary Signature

Loan Number: 40553372
Attorney Code:

See Attached
Acknowledgment

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California
County of __Los Angeles__

On __02/05/08__ before me, __Jeannie Hsu, Notary Public__,
  Date                                Here Insert Name and Title of the Officer

personally appeared __Robert Rothleder__
                                    Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __Jeannie Hsu__
              Signature of Notary Public

[Notary Seal: JEANNIE HSU, Commission # 1743813, Notary Public - California, Los Angeles County, My Comm. Expires May 6, 2011]

Place Notary Seal Above

──────── OPTIONAL ────────

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**

Title or Type of Document: __Assignment of Mortgage Illinois__

Document Date: __02/05/08__          Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: __Robert Rothleder__
☐ Individual
☒ Corporate Officer — Title(s): __VP__
☐ Partner — ☐ Limited  ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: __Self__

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827

Doc Number: 6310599 Page 3 of 3

File#: 63105