## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Jose J. Jaramillo
            Plaintiff,

v.                   Case No.: 1:07–cv–07006
                   Honorable Blanche M. Manning

Esperanza Financial Services, et al.
            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 16, 2008:

  MINUTE entry before the Honorable Susan E. Cox: Status hearing held. Joint oral motion for extension of time to complete discovery is granted. Discovery cut−off set for 9/22/08. The deadline for the parties to exchange initial disclosures is extended to 7/22/08. Status hearing set for 9/22/08 at 9:30 a.m. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.