# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Northern District of Illinois

Case Number: 07C7006

PLAINTIFF:
**Jose J. Jaramillo,**

vs.

DEFENDENT:
**Esperanza Financial Services, et al.,**

For:
Leibowitz Law Center
420 West Clayton Street
Waukegan, IL 60085-4216

Received by Lakeside Investigations, Inc. on the 22nd day of December, 2007 at 2:37 pm to be served on **Esperanza Financial Services C/O J. Steven Butkus, 100 W. Roosevelt Road, Suite A-1, Wheaton, IL 60187.**

I, Robert C. Regalado - Process Server, being duly sworn, depose and say that on the **8th day of January, 2008** at **2:00 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL CASE; COMPLAINT TO RESCIND MORTGAGE PURSUANT TO FEDERAL TRUTH IN LENDING ACT,** with the date and hour of service endorsed thereon by me, to: **J. Steven Butkus** as **Agent** for **Esperanza Financial Services**, at the address of: **100 W. Roosevelt Road, Suite A-1, Wheaton, IL 60187**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 42, Sex: M, Race/Skin Color: White, Height: 5'11", Weight: 185, Hair: Brown, Glasses N

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing in the county in which the process was served.

OFFICIAL SEAL
THOMAS F DOLAN III
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/12/09

_____
Robert C. Regalado / Process Server

Subscribed and Sworn to before me on the 9th day of January, 2008 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Lakeside Investigations, Inc.
6351 W. Montrose Ave.
#154
Chicago, IL 60634
(800) 636-1511
Our Job Serial Number: 2007003279

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c

## EXHIBIT A