## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Northern District of Illinois

Case Number: 07CV7006

PLAINTIFF:
**Jose J. Jaramillo,**

vs.

DEFENDENT:
**Esperanza Financial Services, et al.,**

For:
Leibowitz Law Center
420 West Clayton Street
Waukegan, IL 60085-4216

Received by Lakeside Investigations, Inc. on the 6th day of May, 2008 at 8:05 am to be served on **Esperanza Financial Services c/o Guerard, Kalina & Butkus, 100 W. Roosevelt Road, Wheaton, IL 60187.**

I, Robert C. Regalado - Process Server, being duly sworn, depose and say that on the **6th day of May, 2008** at **2:45 pm, I:**

served a **CORPORATION** by delivering a true copy of the **ALIAS SUMMONS IN A CIVIL CASE, FIRST AMENDED COMPLAINT TO RESIND MORTGAGE PURSUANT TO FEDERAL TRUTH IN LENDING ACT, EXHIBIT A,B,C,** with the date and hour of service endorsed thereon by me, to: **Steve Butkus as Attorney for Esperanza Financial Services,** at the address of: **100 W. Roosevelt Road, Wheaton, IL 60187,** and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 180, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing in the county in which the process was served.

OFFICIAL SEAL
THOMAS F DOLAN III
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/12/09

Robert C. Regalado / Process Server

Subscribed and Sworn to before me on the 7th day of May, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

Lakeside Investigations, Inc.
6351 W. Montrose Ave.
#154
Chicago, IL 60634
(800) 636-1511
Our Job Serial Number: 2008001764

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c


EXHIBIT B