| Date: | 6/19/2008 |
|---|---|
| User: | SG |

# Pre-Bill Worksheet

| Bill To: | Jaramillo.Foreclosure - 11222.01 |
|---|---|
| | Candy & Jose Jaramillo |
| | 1323 N. Cedar Lane Road |
| | Lake Villa, IL 60046 |

| | |
|---|---|
| Billing Cycle: | End of Case |
| Status | Active |
| Instructions | |
| Fee Arrangement: | Flat Charge Plus Actual - $3,000.00 |
| Exp Arrangement: | Use Fee Method |

Billing Actions

| | |
|---|---|
| Last Bill Date: | 3/17/2008 |
| Last Payment Date | 11/08/2007 |

**Fees**

| Date / Staff | Bill Code / Description | Rate / Markup % | Hours / DNB Hours | No Chg | Amount | Status | Adj Val | Billed Val |
|---|---|---|---|---|---|---|---|---|
| | Flat Fee Charge | $0.00 | 0.00 | 0.00 | $0.00 | | $0.00 | $3,000.00 |
| 3/17/2008 DPL | COUR Status Hearing - Magistrate Susan Cox - attended by telephone | $575.00 | 0.40 | 0.00 | $230.00 | Billable | $230.00 | $230.00 |
| 3/17/2008 SG | REVW Review docket entry for scheduling conference | $275.00 | 0.20 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |
| 3/18/2008 CLR | CLDV Copying and serving motion | $50.00 | 0.70 | 0.00 | $35.00 | Billable | $35.00 | $35.00 |
| 3/18/2008 NDT | FILE File Notice of Response to Motion to Dismiss | $125.00 | 0.20 | 0.00 | $25.00 | Billable | $25.00 | $25.00 |
| 3/18/2008 NDT | PREP Prepare notice of filing and certificate of service | $125.00 | 0.30 | 0.00 | $37.50 | Billable | $37.50 | $37.50 |
| 3/18/2008 NDT | FILE File Response to Motiont to Dismiss | $125.00 | 0.20 | 0.00 | $25.00 | Billable | $25.00 | $25.00 |
| 3/18/2008 SG | CONF Conference with DPL regarding drafting a response to OCWEN's Motion to Dismiss and preparing a Motion to Substitute Party Defendant | $275.00 | 0.20 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |
| 3/18/2008 SG | DRAF Draft Response to OCWEN's Motion to Dismiss, to N. Thompson for filing | $275.00 | 0.40 | 0.00 | $110.00 | Billable | $110.00 | $110.00 |
| 3/19/2008 DBG | CORR Email from Sharanya regarding status hearing; review of pleadings. | $400.00 | 0.40 | 0.00 | $160.00 | Billable | $160.00 | $160.00 |



EXHIBIT D

# Pre-Bill Worksheet

| Date / User | Code / Description | Rate | Hours | | Amount | Status | | |
|---|---|---|---|---|---|---|---|---|
| 3/19/2008 DBG | REVW Review of docket to determine status hearing; email to Sharanya and DPL regarding same. | $400.00 | 0.30 | 0.00 | $120.00 | Billable | $120.00 | $120.00 |
| 3/19/2008 SG | CORR E-mail to all attorneys of record regarding 26(f) conference | $275.00 | 0.20 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |
| 3/20/2008 SG | CORR Exchange e-mails with Amy Kalarickal to confirm her representation of the current holder | $275.00 | 0.20 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |
| 3/20/2008 SG | RESW WestLaw Research regarding substitution of real party in interest | $275.00 | 0.80 | 0.00 | $220.00 | Billable | $220.00 | $220.00 |
| 3/20/2008 SG | DRAF Draft Motion to Substitute OCWEN with real party in interest | $275.00 | 1.00 | 0.00 | $275.00 | Billable | $275.00 | $275.00 |
| 3/24/2008 SG | PHON Telephone conference with Amy Potestivo regarding 26(f) conference and deadlines | $275.00 | 0.20 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |
| 3/24/2008 SG | PREP Prepare scheduling Order | $275.00 | 0.50 | 0.00 | $137.50 | Billable | $137.50 | $137.50 |
| 3/24/2008 SG | CORR E-mail to all attorneys of record regarding first draft of proposed discovery schedule | $275.00 | 0.20 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |
| 3/24/2008 SG | CORR Review e-mail from attorneys regarding revisions, revise discovery schedule, e-mail same | $275.00 | 0.40 | 0.00 | $110.00 | Billable | $110.00 | $110.00 |
| 3/24/2008 SG | REVW Review stipulation to dismiss OCWEN Loan Servicing and to amend complaint to include holder, e-mail to Amy regarding same | $275.00 | 0.30 | 0.00 | $82.50 | Billable | $82.50 | $82.50 |
| 3/24/2008 SG | CORR Exchange e-mails with Amy Kalarickal regarding submitting copy of scheduling order to Judge Cox's chambers and service of amended complaint | $275.00 | 0.20 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |
| 3/25/2008 SG | PHON Telephone conference with Amy Kalarickal regarding dropping off discovery scheduling order and stipulation to Judge Cox's chambers | $275.00 | 0.20 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |
| 4/02/2008 SG | CORR Review Judge Manning's ruling on Motion to Dismiss, review Amy Kalarickal's e-mail. Respond to same | $275.00 | 0.40 | 0.00 | $110.00 | Billable | $110.00 | $110.00 |

# Pre-Bill Worksheet

| Date | Code/Desc | Rate | Hours | | Amount | Status | | |
|---|---|---|---|---|---|---|---|---|
| 4/03/2008 SG | ADM<br>Review docket entry regarding discovery deadlines - enter the same in TM | $275.00 | 0.20 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |
| 4/10/2008 SG | REVS<br>Revise first draft of proposed first amended complaint as per DPL's revisions, e-mail to DPL for his comments | $275.00 | 0.50 | 0.00 | $137.50 | Billable | $137.50 | $137.50 |
| 4/10/2008 SG | REVS<br>Revise complaint to include current holder; e-mail to DPL for his review | $275.00 | 0.50 | 0.00 | $137.50 | Billable | $137.50 | $137.50 |
| 4/14/2008 DPL | REVW<br>RE: Amended Complaint in Jaramillo and confer with SG re same - need Jury Demand | $575.00 | 0.40 | 0.00 | $230.00 | Billable | $230.00 | $230.00 |
| 4/14/2008 SG | REVS<br>Revise draft of first amended complaint to add language regarding jury demand; E-mail copy to Amy kalarickal | $275.00 | 0.40 | 0.00 | $110.00 | Billable | $110.00 | $110.00 |
| 4/15/2008 SG | PHON<br>Telephone conference with Amy Kalarickal regarding entry of agreed order allowing filing of amended complaint | $275.00 | 0.20 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |
| 4/15/2008 SG | PHON<br>Leave voicemail for Amy Kalarickal requesting call back | $275.00 | 0.10 | 0.00 | $27.50 | Billable | $27.50 | $27.50 |
| 4/16/2008 SG | CONF<br>Conference with DPL regarding preparing motion for default judgment against Esparanza Financial Services and seeking recoupment against current holder | $275.00 | 0.30 | 0.00 | $82.50 | Billable | $82.50 | $82.50 |
| 4/16/2008 SG | CORR<br>E-mail to all counsels of record regarding entry of agreed order grating leave to Plaintiff to file amended complaint | $275.00 | 0.20 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |
| 4/16/2008 SG | PHON<br>Telephone conference with Candy Jaramillo regarding status of case | $275.00 | 0.20 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |
| 4/17/2008 SG | CORR<br>Exchange e-mails with A. Kalaricka regarding deadline for initial disclosures | $275.00 | 0.20 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |
| 4/17/2008 SG | CORR<br>Receive response from A. Osacky regarding agreement to entry of first amended complaint | $275.00 | 0.10 | 0.00 | $27.50 | Billable | $27.50 | $27.50 |
| 4/18/2008 SG | CORR<br>Review instructions in Judge Manning's website regarding filing agreed proposed orders, e-mail order to Judge Manning's chambers for entry | $275.00 | 0.30 | 0.00 | $82.50 | Billable | $82.50 | $82.50 |

Pre-Bill Worksheet

| Date | Type | Description | Rate | Hours | | Amount | Status | | |
|---|---|---|---|---|---|---|---|---|---|
| 4/22/2008 SG | CORR | E-mail to courtroom deputy Robbie Hunt regarding entry of agreed order | $275.00 | 0.20 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |
| 4/22/2008 SG | PHON | Telephone conference with Courtroom Deputy for Judge Manning | $275.00 | 0.20 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |
| 4/22/2008 SG | PHON | Telephone conference with Judge Cox's Deputy regarding entry of agreed order, E-mail same to Judge Cox's deputy | $275.00 | 0.40 | 0.00 | $110.00 | Billable | $110.00 | $110.00 |
| 4/22/2008 SG | PHON | Leave voicemail for Robbie Hunt regarding filing of agreed order | $275.00 | 0.10 | 0.00 | $27.50 | Billable | $27.50 | $27.50 |
| 4/24/2008 SG | REVW | Review file for information to draft Rule 26 Initial Disclosures | $0.00 | 0.50 | 0.00 | $0.00 | Billable | $0.00 | $0.00 |
| 4/24/2008 SG | PHON | Leave voicemail for candy requesting call back | $275.00 | 0.10 | 0.00 | $27.50 | Billable | $27.50 | $27.50 |
| 4/24/2008 SG | CORR | E-mail to DPL regarding review of First Draft of Initial Disclosures | $275.00 | 0.20 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |
| 4/24/2008 SG | PHON | Telephone conference with Candy Jaramillo regarding information needed for Rule 26 disclosures | $275.00 | 0.20 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |
| 4/24/2008 SG | DRAF | Begin working on Rule 26 Disclosures | $275.00 | 0.50 | 0.00 | $137.50 | Billable | $137.50 | $137.50 |
| 4/25/2008 SG | CORR | E-mail to Amy Kalarickal regarding entry of agreed order and filing of amended complaint | $275.00 | 0.20 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |
| 4/25/2008 SG | CORR | Exchange e-mails with Amy Kalarcikal indicating agreement with extension on initial disclosures | $275.00 | 0.10 | 0.00 | $27.50 | Billable | $27.50 | $27.50 |
| 4/25/2008 SG | CORR | Review e-mail from Amy Kalarickal regarding extenstion to exchange initial disclosures, review proposed order, forward to DPL for his position on same | $275.00 | 0.30 | 0.00 | $82.50 | Billable | $82.50 | $82.50 |
| 4/25/2008 SG | ADM | Administrative Time: Check ECF for entry of agreed order | $275.00 | 0.20 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |
| 4/28/2008 CLR | CLDV | Prepare and mail Plaintiffs first amended complaint to service list. | $50.00 | 0.70 | 0.00 | $35.00 | Billable | $35.00 | $35.00 |

4

# Pre-Bill Worksheet

| Date / User | Code / Description | Rate | Hours | | Amount | Status | | |
|---|---|---|---|---|---|---|---|---|
| 4/28/2008 SG | FILE — Electronically file First Amended Complaint | $275.00 | 0.40 | 0.00 | $110.00 | Billable | $110.00 | $110.00 |
| 4/28/2008 SG | PHON — Telephone conference with ECF Help Desk regarding adding new defendant | $275.00 | 0.20 | 0.20 | $0.00 | Billable | $0.00 | $0.00 |
| 4/28/2008 SG | REVW — Review e-mails exchanged regarding entering order extending initial disclosure deadlines | $275.00 | 0.20 | 0.00 | $0.00 | Billable | $0.00 | $0.00 |
| 4/28/2008 SG | CORR — E-mail filed complaint to Amy Kalarickal | $275.00 | 0.20 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |
| 4/28/2008 SG | PREP — Prepare summons for US Bank National Association, e-mail to Intake for issuance | $275.00 | 0.30 | 0.00 | $82.50 | Billable | $82.50 | $82.50 |
| 4/28/2008 SG | PREP — Prepare notice of filing first amended complaint and other documents for filing | $275.00 | 0.40 | 0.00 | $110.00 | Billable | $110.00 | $110.00 |
| 4/29/2008 KBO | REVS — Review case to see how summons were issued. Message to S.Gururajan re whether or not alias is required for amended complaint. | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |
| 4/29/2008 SG | REVS — Revise summons for US Bank and re-send to clerk's office | $0.00 | 0.30 | 0.00 | $0.00 | Billable | $0.00 | $0.00 |
| 4/29/2008 SG | PREP — Prepare alias summons for all defendants for first amended complaint, Scan and e-mail to the intaje desk at the District Court | $275.00 | 0.50 | 0.00 | $137.50 | Billable | $137.50 | $137.50 |
| 4/29/2008 SG | CORR — Review e-mail from Clerk's office regarding summons | $275.00 | 0.20 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |
| 5/05/2008 SG | ADM — Administrative Time: Print out issued summons on all defendants, attach to complaint. TO MIG to make arrangements with Lakeside Investigations for service | $275.00 | 0.50 | 0.00 | $137.50 | Billable | $137.50 | $137.50 |
| 5/08/2008 KBO | ADM — Administrative Time scanning and saving of executed affidavit of service for each defendant. | $150.00 | 0.20 | 0.00 | $30.00 | Billable | $30.00 | $30.00 |
| 5/08/2008 KBO | FILE — Filed affidavit of service for service of Alias and Amended Complaint on Esperanza | $150.00 | 0.20 | 0.00 | $30.00 | Billable | $30.00 | $30.00 |

## Pre-Bill Worksheet

| Date / User | Code / Description | Rate | Hours | | Amount | Status | | |
|---|---|---|---|---|---|---|---|---|
| 5/08/2008 KBO | FILE — Filed affidavit of service for service of Alias and Amended Complaint on US Bank. | $150.00 | 0.20 | 0.00 | $30.00 | Billable | $30.00 | $30.00 |
| 5/08/2008 KBO | FILE — Filed affidavit of service for service of Alias and Amended Complaint on MERS | $150.00 | 0.20 | 0.00 | $30.00 | Billable | $30.00 | $30.00 |
| 5/08/2008 KBO | FILE — Filed affidavit of service for service of Alias and Amended Complaint on WMC Mortgage. | $150.00 | 0.20 | 0.00 | $30.00 | Billable | $30.00 | $30.00 |
| 5/08/2008 SG | CORR — E-mail to D. Leibowitz regarding status of case and service of First Amended Complaint | $275.00 | 0.20 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |
| 5/08/2008 SG | REVW — Review Affidavits of Service obtained for service of First Amended Complaint, to KBO for filing with Court | $275.00 | 0.20 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |
| 5/15/2008 SG | REVW — Review Motion to Dismiss filed by US Bank | $275.00 | 0.30 | 0.00 | $82.50 | Billable | $82.50 | $82.50 |
| 5/19/2008 SG | CONF — Conference with DPL regarding motion to dismiss and reference to Bibler case | $275.00 | 0.30 | 0.00 | $82.50 | Billable | $82.50 | $82.50 |
| 5/20/2008 SG | ADM — Administrative Time: Review docket, docket deadlines to respond to US Bank's Motion to Dismiss | $275.00 | 0.20 | 0.20 | $0.00 | Billable | $0.00 | $0.00 |
| 5/28/2008 SG | CORR — E-mail DPL with draft of initial disclosures for his review | $275.00 | 0.20 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |
| 5/28/2008 SG | DRAF — Begin drafting Requests to Produce Documents from US Bank (Holder) | $275.00 | 0.30 | 0.00 | $82.50 | Billable | $82.50 | $82.50 |
| 5/29/2008 DPL | REVW — review disclosures | $575.00 | 0.30 | 0.00 | $172.50 | Billable | $172.50 | $172.50 |
| 5/29/2008 KBO | PHON — Telephone call with ECF help desk re filing of Rule 26 disclosure. To have leave to file Rule 26. Messages to S.Gururajan re same. | $150.00 | 0.20 | 0.00 | $30.00 | Billable | $30.00 | $30.00 |
| 5/29/2008 KBO | PREP — Prepared notice of filing for Initial Rule 26 Disclosure. | $150.00 | 0.20 | 0.00 | $30.00 | Billable | $30.00 | $30.00 |
| 5/29/2008 KBO | PREP — Prepared to file Rule 26 Disclosure, printed docs to pdf with notice. | $150.00 | 0.20 | 0.00 | $30.00 | Billable | $30.00 | $30.00 |

## Pre-Bill Worksheet

| Date / User | Code / Description | Rate | Hours | | Amount | Status | | |
|---|---|---|---|---|---|---|---|---|
| 5/29/2008 KBO | FILE — Filed Rule 26 Disclosures. | $150.00 | 0.30 | 0.00 | $45.00 | Billable | $45.00 | $45.00 |
| 5/29/2008 KBO | FILE — Filed notice of filing and related to Rule 26 disclosures. | $150.00 | 0.20 | 0.00 | $30.00 | Billable | $30.00 | $30.00 |
| 5/29/2008 KBO | SEND — Service of Rule 26 Disclosures | $150.00 | 0.20 | 0.00 | $30.00 | Billable | $30.00 | $30.00 |
| 5/29/2008 KBO | PHON — Telephone call to Judge Susan Cox chambers re filing of Rule 26 disclosures. Agreed order is sufficient for filing. | $150.00 | 0.20 | 0.00 | $30.00 | Billable | $30.00 | $30.00 |
| 5/29/2008 SG | CONF — Conference with DPL regarding review of Initial Disclosures. Revise Initial Disclosures based on DPL's comments. To KBO for filing and service | $0.00 | 0.50 | 0.00 | $0.00 | Billable | $0.00 | $0.00 |
| 5/29/2008 SG | DRAF — Finish drafting Requests to Produce from US Bank (Holder) | $0.00 | 0.50 | 0.00 | $0.00 | Billable | $0.00 | $0.00 |
| 5/29/2008 SG | ADM — Administrative Time: Exchanges messages with KBO regarding procedure and ECF event for filing Initial Disclosures | $275.00 | 0.20 | 0.20 | $0.00 | Billable | $0.00 | $0.00 |
| 5/30/2008 SG | REVW — Review Initial Disclosures filed by WMC Mortgage | $275.00 | 0.20 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |
| 6/05/2008 SG | RESW — WestLaw Research regarding responding to US Bank's Motion to Dismiss | $275.00 | 1.00 | 0.00 | $275.00 | Billable | $275.00 | $275.00 |
| 6/05/2008 SG | CONF — Conference with DPL regarding responding to US Bank's Motion to Dismiss | $275.00 | 0.30 | 0.00 | $82.50 | Billable | $82.50 | $82.50 |
| 6/05/2008 SG | DRAF — Begin drafting response to US Bank's Motion to Dismiss | $275.00 | 0.50 | 0.00 | $137.50 | Billable | $137.50 | $137.50 |
| 6/10/2008 AJF | FILE — filed Response to Motion to Dismiss | $85.00 | 0.60 | 0.00 | $51.00 | Billable | $51.00 | $51.00 |
| 6/10/2008 DPL | REVW — review motion to dismiss and response - further review of loan documents for additional theories and claims; consideration of recoupment issues and examine UCC and HDC doctrine | $575.00 | 1.00 | 0.00 | $575.00 | Billable | $575.00 | $575.00 |
| 6/10/2008 DPL | CONF — Conference with S.Gururajan re subpoena's to WMC mortgage, First American Title and US Bank and motion for default to be filed against Esperanza. | $575.00 | 0.20 | 0.00 | $115.00 | Billable | $115.00 | $115.00 |

## Pre-Bill Worksheet

| Date | Code/User | Description | Rate | Hours | | Amount | Status | | |
|---|---|---|---|---|---|---|---|---|---|
| 6/10/2008 KBO | CONF | Conference with D.Leibowitz re subpoena's to WMC mortgage, First American Title and US Bank. | $150.00 | 0.30 | 0.00 | $45.00 | Billable | $45.00 | $45.00 |
| 6/10/2008 KBO | REVW | Review of mortgage docs from recorder for addresses for subpoena's requested by D.Leibowitz. | $150.00 | 0.20 | 0.00 | $30.00 | Billable | $30.00 | $30.00 |
| 6/10/2008 KBO | DRAF | Draft order for default v. Esperanza. | $150.00 | 0.30 | 0.00 | $45.00 | Billable | $45.00 | $45.00 |
| 6/10/2008 KBO | PHON | Telephone call to Judge Cox chambers re scheduling of motion in front of which judge? To be scheduled in front of Manning for T or R. | $150.00 | 0.20 | 0.00 | $30.00 | Billable | $30.00 | $30.00 |
| 6/10/2008 KBO | PREP | Prepared minute order for motion for default v. Esperanza. | $150.00 | 0.20 | 0.00 | $30.00 | Billable | $30.00 | $30.00 |
| 6/10/2008 KBO | RES | Research at Recorder of Deeds for mortgages and quit claim deed. Printed recorders screen of all transactions, the quitclaim deed and mortgages. | $150.00 | 1.00 | 0.00 | $150.00 | Billable | $150.00 | $150.00 |
| 6/10/2008 KBO | PREP | Prepared notice of motion for motion for default v. Esperanza. | $150.00 | 0.30 | 0.00 | $45.00 | Billable | $45.00 | $45.00 |
| 6/10/2008 KBO | CONF | Conference with S.Gururajan re hearing date and time and day to file motion for default based on calendar and judges schedule. | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |
| 6/10/2008 KBO | DRAF | Draft affidavit in support of motion for default | $150.00 | 1.00 | 0.00 | $150.00 | Billable | $150.00 | $150.00 |
| 6/10/2008 KBO | DRAF | Draft motion for default v. Esperanza for failure to respond or appear. | $150.00 | 0.60 | 0.00 | $90.00 | Billable | $90.00 | $90.00 |
| 6/10/2008 KBO | CORR | Emails to A.FischSchurder re filing of default motion with district court and service of courtesy copies. | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |
| 6/10/2008 SG | MEET | Meet with DPL regarding review of response to motion to dismiss, revise response as per DPL's comments | $275.00 | 0.50 | 0.00 | $137.50 | Billable | $137.50 | $137.50 |
| 6/10/2008 SG | DRAF | Finish drafting response to Motion to Dismiss | $275.00 | 1.50 | 0.00 | $412.50 | Billable | $412.50 | $412.50 |
| 6/10/2008 SG | CONF | Conference with DPL regarding review motion to dismiss and | $0.00 | 1.00 | 0.00 | $0.00 | Billable | $0.00 | $0.00 |

8

Pre-Bill Worksheet

| Date / User | Type / Description | Rate | Hours | | Amount | Status | | |
|---|---|---|---|---|---|---|---|---|
| | response - further review of loan documents for additional theories and claims; consideration of recoupment issues and examine UCC and HDC doctrine | | | | | | | |
| 6/12/2008 SG | CORR E-mail to Judge Manning's deputy to confirm documents required for filing Motion for Default Judgment | $275.00 | 0.20 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |
| 6/12/2008 SG | REVS Revise affidavit of Jose Jaramillo | $275.00 | 0.50 | 0.00 | $137.50 | Billable | $137.50 | $137.50 |
| 6/12/2008 SG | PHON Leave voicemail for Judge Cox's deputy regarding documents needed to be filed along with Motion for Default, request call back | $275.00 | 0.10 | 0.00 | $27.50 | Billable | $27.50 | $27.50 |
| 6/12/2008 SG | CORR E-mail to DPL regarding cut off for oral discovery | $275.00 | 0.20 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |
| 6/13/2008 DBG | REVW REview of docket and Pacer to determine status of hearing; email to DPL and SG. | $400.00 | 0.30 | 0.00 | $120.00 | Billable | $120.00 | $120.00 |
| 6/13/2008 KBO | REVS Revise notice of motion for filing of default motion. | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |
| 6/13/2008 MIG | ADM Administrative Time- bookmarked docs. | $50.00 | 0.30 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |
| 6/13/2008 SG | CORR Review DBG's e-mails regarding status hearing on Monday, Review ECF regarding same. E-mail to DBG | $275.00 | 0.40 | 0.00 | $110.00 | Billable | $110.00 | $110.00 |
| 6/13/2008 SG | MEET Meet with Jose Jaramillo regarding status of case and verifying allegations in his affidavit in support of Motion for Default Judgment against Esperanza, Revise Affidavit according to conversation with client. Have client execute affidavit | $275.00 | 1.00 | 0.00 | $275.00 | Billable | $275.00 | $275.00 |
| 6/16/2008 DBG | COUR Court: attended status hearing. | $400.00 | 1.00 | 0.00 | $400.00 | Billable | $400.00 | $400.00 |
| 6/16/2008 DBG | REVW Review of pleadings in connection with preparation for status hearing. | $400.00 | 0.30 | 0.00 | $120.00 | Billable | $120.00 | $120.00 |
| 6/16/2008 KBO | REVW Review of subpoena examples for other TILA cases for preparation of subpoena's to | $150.00 | 0.30 | 0.00 | $45.00 | Billable | $45.00 | $45.00 |

9

## Pre-Bill Worksheet

| Date / Staff | Bill Code / Description | Price | Quantity | | Amount | Status | Adj Value | Billed Val |
|---|---|---|---|---|---|---|---|---|
| | title company and mortgage companies. Messages to N.Thompson re same. | | | | | | | |
| 6/16/2008 SG | CORR Review e-mail from DBG regarding status hearing in Jaramillo | $275.00 | 0.10 | 0.00 | $27.50 | Billable | $27.50 | $27.50 |
| 6/16/2008 SG | ADM Administrative Time: Set alerts in calendar for discovery cut off | $275.00 | 0.20 | 0.20 | $0.00 | Billable | $0.00 | $0.00 |
| 6/17/2008 SG | REVS Revise Motion for Default Judgment prepared by KBO | $275.00 | 0.50 | 0.00 | $137.50 | Billable | $137.50 | $137.50 |
| 6/17/2008 SG | CORR E-mail to D. Leibowitz regarding review of Motion for Default Judgment and Affidavit | $275.00 | 0.20 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |
| 6/18/2008 SG | REVS Finalize Interrogatories and Request for Documents from US Bank (Holder) | $0.00 | 0.50 | 0.00 | $0.00 | Billable | $0.00 | $0.00 |
| 6/18/2008 SG | DRAF Draft Requests to Produce from WMC Mortgage | $0.00 | 0.50 | 0.00 | $0.00 | Billable | $0.00 | $0.00 |
| 6/18/2008 SG | CORR E-mail to DPL regarding his comments on Motion for Default Judgment against Esperanza | $0.00 | 0.20 | 0.00 | $0.00 | Billable | $0.00 | $0.00 |
| Total | Billable Fees | | 42.40 | | 9748.5 | | | $12,748.50 |

**Expenses**

| Date / Staff | Bill Code / Description | Price Markup % | Quantity | Amount | Status | Adj Value | Billed Val |
|---|---|---|---|---|---|---|---|
| 6/03/2008 DPL | E123 Lakeside investigations service fee for service | $65.00 | 4.00 | $260.00 | Billable | $260.00 | $260.00 |
| 6/10/2008 KBO | E101 Copying of mortgage docs and quitclaim deed at recorders office $1 per page | $1.00 | 19.00 | $19.00 | Billable | $19.00 | $19.00 |
| Total | Billable Expenses | | | 279 | | | $279.00 |

10

## Pre-Bill Worksheet

### Calculations of Fees and Expenses

| | | |
|---|---|---|
| Fees Arrangement: Flat Charge Plus Actual - $3,000.00 | | |
| Total of billable time records | $9,748.50 | |
| Total Fees | | $12,748.50 |
| Expense Arrangement: Use Fee Method | | |
| Total of billable expense records | $279.00 | |
| Total Expenses | | $279.00 |
| Total New Charges | | $13,360.26 |

**Interest Details**

| Invoice No | Amount | Days | Interest |
|---|---|---|---|
| 3162 | 6979.26 | 94 | 215.69 |
| 3222 | 5564.01 | 64 | 117.07 |
| Total Interest | | | $332.76 |

| | |
|---|---|
| Total Finance Charge and Interest | $332.76 |
| Total New Charges | $13,360.26 |

**Aging Information**

| | | |
|---|---|---|
| 30 days | $5,564.01 | |
| 90 days | $6,979.26 | |
| Previous Balance | | $12,543.27 |
| Total New Balance | | $25,903.53 |

Fund Activity for Clients Funds Accounts - IOLTA
Balance                                                                 $0.00

**Staff Summary**

| Staff | Total Hours | Billable | Non-Billable | Rate | Amount |
|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | $0.00 | $3,000.00 |
| AJF | 0.60 | 0.60 | 0.00 | $85.00 | $51.00 |
| CLR | 1.40 | 1.40 | 0.00 | $50.00 | $70.00 |
| DBG | 2.30 | 2.30 | 0.00 | $400.00 | $920.00 |
| DPL | 2.30 | 2.30 | 0.00 | $575.00 | $1,322.50 |
| KBO | 7.30 | 7.30 | 0.00 | $150.00 | $1,095.00 |
| MIG | 0.30 | 0.30 | 0.00 | $50.00 | $15.00 |
| NDT | 0.70 | 0.70 | 0.00 | $125.00 | $87.50 |
| SG | 22.70 | 22.70 | 0.00 | $275.00 | $6,187.50 |
| SG | 4.00 | 4.00 | 0.00 | $0.00 | $0.00 |

**Phase Summary**

| Code | Hours | Rate | Fees | Expenses | Total |
|---|---|---|---|---|---|
| (None) | 42.40 | 0.00 | $12,748.50 | $279.00 | $13,027.50 |