IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| JOSE J. JARAMILLO | ) | | |
| | ) | | |
| | ) | Case Number: | 07 CV 07006 |
| Plaintiff(s), | ) | | |
| vs. | ) | Honorable | Blanche M. Manning |
| | ) | | |
| ESPERANZA FINANCIAL SERVICES, et.al | ) | Magistrate Judge | Susan E. Cox |
| | ) | | |
| Defendant. | ) | Hearing Date: | July 1, 2008 |
| | ) | Hearing Time: | 11:00 a.m. |

**Default Judgment Order**

This matter coming to be heard on the Plaintiff's motion for default on his Complaint to Rescind Mortgage Pursuant to Federal Truth in Lending Act. It appearing that no answer or other response has been filed by the defendant. Due notice having been given to all parties entitled thereto.

It is hereby ordered that

- A default judgment is hereby entered against defendant; Esperanza Financial Services;

- Judgment is entered against Esperanza Financial Services declaring that any mortgages or security interest held by Esperanza on the Property are void and unenforceable;

- Defendant, Esperanza Financial Services, is hereby ordered to proved to Plaintiff an accounting and refund of all payments made

   by Plaintiff to Esperanza as described in paragraph 38 of the complaint;

- Judgment is entered awarding Plaintiff with $2,000.00 in statutory damages Pursuant to TILA, 15 U.S.C. §1640;

- Judgment is entered awarding reasonable attorney's fees and costs Pursuant to TILA 15 U.S.C. §1640.

Date:                                   Enter:
                                        _____
                                        Hon. Blanche M. Manning
                                        Magistrate Judge


DAVID P. LEIBOWITZ
Attorney I.D. No. 1612271
Leibowitz Law Center
420 West Clayton Street
Waukegan, Illinois 60085-4216
847.249.9100

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Honorable  Blanche M. Manning                             Hearing Date:     July 1, 2008

Bankruptcy Case No.: 07 CV 07006                          Adversary No. _____

Title of Case   In Re:   Jaramillo v. Esperanza Financial Services, et al.

Brief Statement of Motion     Motion for Default Judgment.

Names and Addresses of Moving Counsel     David P. Leibowitz, Leibowitz Law Center (Attorney No. 1612271)

420 West Clayton Street

Waukegan, IL 60085-4216

Representing     Jose J. Jaramillo

## ORDER