IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE J. JARAMILLO,<br><br>      Plaintiff<br><br>  v.<br><br>ESPERANZA FINANCIAL SERVICES<br>OCWEN LOAN SERVICING<br>MORTGAGE ELECTRONIC REGISTRATION SYSTEM<br>WMC MORTGAGE CORPORATION<br>      Defendants. | Case No. 07 C 7006<br><br>Judge Blanche M. Manning<br><br>Magistrate Judge Susan E. Cox |

## WMC'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST ESPERANZA FINANCIAL SERVICES

Defendant, WMC Mortgage, LLC ("WMC"), by and through its attorneys, Schwartz Cooper Chartered, for its Response in Opposition to Plaintiff's Motion for Default Judgment Against Esperanza Financial Services, states as follows:

1.    WMC joins and adopts as its own US Bank's Response in Partial Opposition to Plaintiff's Motion for Default Judgment Against Esperanza Financial Services filed with this Court on June 26, 2008 as document number 66.

489625.2 051860-41242

WHEREFORE, WMC prays that this Court enter an Order denying Plaintiff's Motion for Default Judgment, declare that a default against Esperanza Financial Services does not affect WMC or the Loans and for such other relief as the Court deems just and appropriate.

Dated: July 3, 2008

Respectfully submitted,

WMC MORTGAGE

By: /s/ Arika J. Osacky
One of its attorneys

Patrick T. Stanton ARDC # 6216899
Arika J. Osacky ARDC # 6275646
Schwartz Cooper Chartered
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
312-346-1300

## CERTIFICATE OF SERVICE

I, Arika J. Osacky, an attorney, hereby certify that a true and correct copy of WMC'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST ESPERANZA FINANCIAL SERVICES was served upon counsel of record through operation of the Court's ECF system on **July 3, 2008**:

**Counsel for Defendant US Bank National Association**
Amy A. Kalarickal - akalarickal@potestivolaw.com
POTESTIVO & ASSOCIATES, p.c.
134 North LaSalle St., Suite 2050
Chicago, Illinois 60602

**Counsel for Plaintiff**
David Perry Leibowitz – dpl@lakelaw.com
LEIBOWITZ LAW CENTER
420 W. Clayton Street
Waukegan, Illinois 60085-4216

    Respectfully submitted,

    By: /s/ Arika J. Osacky
        One of its Attorneys

Patrick J. Stanton, Esq. (ARDC #6216899)
Arika J. Osacky, Esq. (ARDC #6275646)
Schwartz Cooper Chartered
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 346-1300