# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7006 | **DATE** | 7/1/2008 |
| **CASE TITLE** | Jaramillo vs. Esperanza Financial Services, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. On plaintiff's motion for default judgment as to the first amended complaint to rescind mortgage pursuant to Federal Truth In Lending Act [64], enter default order as to Esperanza. Said motion is taken under advisement. WMC orally joins in U.S. Bank's response, but shall file a brief stating that it is joining the response. Reply to be filed by 7/15/2008. Ruling by mail.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | rs |
|---|---|---|