

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

### NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME:   ARIKA J. OSACKY

FIRM:   DYKEMA GOSSETT, PLLC

STREET ADDRESS: 10 SOUTH WACKER DRIVE, #2300

CITY/STATE/ZIP:   CHICAGO, IL  60606

PHONE NUMBER:   (312) 876-1700

E-MAIL ADDRESS: aosacky@dykema.com;  truckman@dykema.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS):   6275646

If you have previously filed an appearance with
this Court using a different name, enter that name:

**(See Page 2)**

490503.1 099990-09999

**List all active cases below in which you currently have an appearance on file.**
**(Arika J. Osacky)**

| Case Number | Case Title | Assigned Judge |
| --- | --- | --- |
| 1:06-cv-02639 | Gburek v. Argent Mortgage, et al. | Judge Marvin E. Aspen |
| 1:06-cv-05168 | Jackson v. Villa, et al. | Judge Ronald A. Guzman |
| 1:07-cv-02266 | Jones v. Spinks, et al. | Judge Joan H. Lefkow |
| 1:07-cv-7006 | Jaramillo v. Esperanze Financial Services, et al. | Judge Blanche M. Manning |

/s/ Arika J. Osacky                                         July 11, 2008
Attorney's Signature                                         Date