## GUERARD, KALINA & BUTKUS
### ATTORNEYS AT LAW

RICHARD M. GUERARD
MARK F. KALINA
MARY E. KRASNER
**J. STEVEN BUTKUS**
JOHN J. PCOLINSKI, JR.
*Of Counsel:*
MARK J. CARROLL

100 WEST ROOSEVELT ROAD
WHEATON, IL 60187
(630) 665-9033
TELECOPIER (630) 690-9652
sbutkus@ameritech.net

**WRITER'S DIRECT EXT. 15**

January 15, 2008

<u>Via Telecopier (847) 249-9180</u>
Via Regular Mail

David P. Leibowitz, Esq.
LEIBOWITZ LAW CENTER
420 West Clayton Street
Waukegan, IL 60085

Re:   Jose J. Jaramillo v. Esperanza Financial Services, Inc., et al., U.S. District Court, Northern District of Illinois Case No. 07 C 7006

Dear Mr. Leibowitz:

Our firm is registered agent for Esperanza Financial Services, Inc., an Illinois Corporation (**"Esperanza"**). The Summons and Complaint in the above-referenced suit were served on us as registered agent on January 8, 2008.

For your information, around August, 2007, Esperanza ceased doing business, wound up its business affairs in an orderly manner, vacated its former leased offices at 6810 West Cermak Road, Berwyn, Illinois, and basically went out of business.

We have been able to reach an owner of Esperanza, who indicated that your November 6, 2007 letter (Exhibit "C" to the Complaint) was never received by or forwarded to Esperanza. Additionally, our contact with Esperanza did retrieve Mr. Jaramillo's loan file and found everything to be in order and in accordance with TILA and RESPA. Accompanying this letter is copies of the Notice of Right to Cancel, executed by both Jose J. Jaramillo and by Candy D. Jaramillo, as to both the first and second subject mortgage loans.

In short, based upon the materials furnished to us, it does not appear there is any merit to your client's suit in terms of rescission and/or other sought relief, certainly insofar as the same concerns Esperanza. Because our client is out of business, it is evaluating whether to retain us to file an Appearance and responsive pleadings and otherwise contest this suit. Meantime, you are most welcome to call me if you wish to discuss this matter further. Our hope, however, is that perhaps now that you are actually noticed and have receipt of the enclosed Notice of Right to Cancel documentation, that perhaps your client will rethink its position and elect not to pursue this action. In any event, feel free to give me a call.

Very truly yours,

J. STEVEN BUTKUS
JSB/ep
Enc.
cc:   Client



# NOTICE OF RIGHT TO CANCEL

LOAN NO. 4982  TO: JOSE J. JARAMILLO

**YOUR RIGHT TO CANCEL**

You are entering into a transaction that will result in a mortgage on your home. You have a legal right under federal law to cancel this transaction, without cost, within three (3) business days from whichever of the following occur last:

(1) the date of the transaction, which is October 25, 2006 ; or
(2) the date you received your Truth in Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel this transaction, the mortgage is also cancelled. Within twenty (20) calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage on your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within twenty (20) calendar days of your offer, you may keep it without further obligation.

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing at:
(Name of Lender) ESPERANZA FINANCIAL SERVICES, INC.

(Business Address) 6810 WEST CERMAK ROAD
BERWYN, ILLINOIS 60402

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one (1) copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of October 30, 2006 (or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

| I WISH TO CANCEL | |
|---|---|
| Consumer's Signature | Date |

I hereby acknowledge receipt of two copies of this notice, October 25, 2006

Signature JOSE J. JARAMILLO

## CONFIRMATION

More than 3 business days have elapsed since the date of the new transaction and we received this Notice and Truth-in-Lending disclosures with regard to the new transaction. We certify that the new transaction has not been rescinded.

Customer  Date: _____

JOSE J. JARAMILLO

21319
Rev. 05/07/02

# NOTICE OF RIGHT TO CANCEL

LOAN NO. 4982                              TO: JOSE J. JARAMILLO

### YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a mortgage on your home. You have a legal right under federal law to cancel this transaction, without cost, within three (3) business days from whichever of the following occur last:

(1) the date of the transaction, which is  October 25, 2006      ; or
(2) the date you received your Truth in Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel this transaction, the mortgage is also cancelled. Within twenty (20) calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage on your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within twenty (20) calendar days of your offer, you may keep it without further obligation.

### HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing at:
(Name of Lender) ESPERANZA FINANCIAL SERVICES, INC.

(Business Address) 6810 WEST CERMAK ROAD
BERWYN, ILLINOIS 60402

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one (1) copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of October 28, 2006 (or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

| I WISH TO CANCEL | |
|---|---|
| Consumer's Signature | Date |

I hereby acknowledge receipt of two copies of this notice,  October 25, 2006

Signature _/s/ Candy Jaramillo_
CANDY D. JARAMILLO

---

### CONFIRMATION

More than 3 business days have elapsed since the date of the new transaction and we received this Notice and Truth-in-Lending disclosures with regard to the new transaction. We certify that the new transaction has not been rescinded.

Customer _/s/ Candy Jaramillo_                          Date: _____
CANDY D. JARAMILLO

21325
Rev. 05/07/02

# NOTICE OF RIGHT TO CANCEL

LOAN NO. 4982

TO: JOSE J. JARAMILLO

**YOUR RIGHT TO CANCEL**

You are entering into a transaction that will result in a mortgage on your home. You have a legal right under federal law to cancel this transaction, without cost, within three (3) business days from whichever of the following occur last:

(1) the date of the transaction, which is October 25, 2006   ; or
(2) the date you received your Truth in Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel this transaction, the mortgage is also cancelled. Within twenty (20) calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage on your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within twenty (20) calendar days of your offer, you may keep it without further obligation.

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing at:
(Name of Lender) ESPERANZA FINANCIAL SERVICES, INC.

(Business Address) 6810 WEST CERMAK ROAD
BERWYN, ILLINOIS 60402

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one (1) copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of October 28, 2006 (or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

Consumer's Signature _____  Date _____

I hereby acknowledge receipt of two copies of this notice, October 25, 2006

Signature JOSE J. JARAMILLO

## CONFIRMATION

More than 3 business days have elapsed since the date of the new transaction and we received this Notice and Truth-in-Lending disclosures with regard to the new transaction. We certify that the new transaction has not been rescinded.

Customer _____  Date: _____

JOSE J. JARAMILLO

21319
Rev. 05/07/02

# NOTICE OF RIGHT TO CANCEL

LOAN NO. 4982

TO: JOSE J. JARAMILLO

## YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a mortgage on your home. You have a legal right under federal law to cancel this transaction, without cost, within three (3) business days from whichever of the following occur last:

(1) the date of the transaction, which is  October 25, 2006   ; or
(2) the date you received your Truth in Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel this transaction, the mortgage is also cancelled. Within twenty (20) calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage on your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within twenty (20) calendar days of your offer, you may keep it without further obligation.

## HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing at:

(Name of Lender) ESPERANZA FINANCIAL SERVICES, INC.

(Business Address) 6810 WEST CERMAK ROAD
BERWYN, ILLINOIS 60402

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one (1) copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of  October 28, 2006  (or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

I WISH TO CANCEL

_____         _____
Consumer's Signature                                         Date

I hereby acknowledge receipt of two copies of this notice,  October 25, 2006

_____
Signature  CANDY D. JARAMILLO

## CONFIRMATION

More than 3 business days have elapsed since the date of the new transaction and we received this Notice and Truth-in-Lending disclosures with regard to the new transaction. We certify that the new transaction has not been rescinded.

Customer

_____         Date: _____
CANDY D. JARAMILLO

21325
Rev. 05/07/02