**Leibowitz Law Center**
Serving Your Needs in Lake County ℠

420 West Clayton Street
Waukegan, IL  60085-4216
Tel:    847.249.9100
Fax:   847.249.9180
Web:  www.lakelaw.com
FEIN: 36-4344743

July  1, 2008

Candy & Jose Jaramillo

1323 N. Cedar Lane Road
Lake Villa, IL 60046

In Reference To:  Jaramillo.Foreclosure
                  11222.01

Invoice No:  03367

Professional Services

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Flat Fee Charge | 0.00 | $0.00 | $3,000.00 |
| 10/17/2007 | DPL | DPL met with Jose and Candy Jaramillo | 1.00 | $575.00 | $575.00 |
| 10/31/2007 | SG | Leave voicemail for clients requesting call back | 0.10 | $275.00 | $27.50 |
| 10/31/2007 | SG | Review documents in file in preparation to draft rescission letters | 0.50 | $275.00 | $137.50 |
| 10/31/2007 | SG | Telephone conference with Candy Jaramillo - confirm that Jose and Candy are divorced but were married at time of mortgage. Only Jose's name is on the mortgage | 0.20 | $275.00 | $55.00 |
| 11/01/2007 | SG | Draft rescission letters on behalf of Jose and Candy, Draft cover letter to clients. Request Toni to mail the same to clients | 0.50 | $275.00 | $137.50 |
| 11/01/2007 | SG | Review DPL's response to my mail regarding grounds for rescission | 0.10 | $275.00 | $27.50 |
| 11/02/2007 | SG | Return client's phone call - leave voicemail | 0.10 | $275.00 | $27.50 |



EXHIBIT
C
tabbies®

Leibowitz Law Center
Page No.:    2

| 11/05/2007 | SG | Telephone conference with Candy Jaramillo regarding putting house on sale by FSBO | 0.20 | $275.00 | $55.00 |
|---|---|---|---|---|---|
| 11/06/2007 | SG | Conference with DPL re rescission letters, Request Toni to mail letters via certified mail | 0.20 | $275.00 | $55.00 |
| 11/13/2007 | SG | Return client's phone call - leave voicemail | 0.10 | $275.00 | $27.50 |
| 11/15/2007 | SG | Research file for information on lender, assignee of loan and servicor, if any. Conference with DPL re same. Draft Qualified Written Request Under RESPA to WMC mortgage corporation | 0.80 | $275.00 | $220.00 |
| 11/26/2007 | SG | Prepare RESPA request to OCWEN, current servicor of mortgage. Request Toni to send documents via certified mail | 0.20 | $275.00 | $55.00 |
| 11/26/2007 | SG | Review documentation from OCWEN received by clients | 0.30 | $275.00 | $82.50 |
| 11/29/2007 | SG | Telephone conference with Candy Jaramillo re status of case | 0.20 | $275.00 | $55.00 |
| 12/07/2007 | DPL | Meet with SG regarding basis for TILA complaint | 0.50 | $575.00 | $287.50 |
| 12/07/2007 | NDT | Phone with Sharanya re: assignments (.1) Accurint search for pin (.2) Phone with Lake County Recorder (.3) Email Sharanya findings (.1) | 0.70 | $125.00 | $87.50 |
| 12/07/2007 | SG | Telephone conference with Noah Thompson regarding obtaining information on mortgage assignment | 0.20 | $275.00 | $55.00 |
| 12/07/2007 | SG | Meet with DPL to discuss basis for rescission complaint | 0.50 | $275.00 | $137.50 |
| 12/10/2007 | DPL | review answer and counterclaim to Jaramillo - discussed with Sharanya - requested jury | 1.20 | $575.00 | $690.00 |
| 12/10/2007 | KBO | Research for docs on property at recorder's office. | 1.50 | $150.00 | $225.00 |

| 12/10/2007 | SG | Review documents from the Lake County Recorder of Deeds | 0.50 | $275.00 | $137.50 |
| 12/10/2007 | SG | Administrative Time: E-mail complaint to DPL for his review | 0.20 | $275.00 | No Charge |
| 12/10/2007 | SG | Telephone conference with Candy Jaramilllo re facts of case | 0.30 | $275.00 | $82.50 |
| 12/10/2007 | SG | Conference with KBO regarding documents to obtain from the Lake County Recorder of Deeds Office | 0.20 | $275.00 | $55.00 |
| 12/10/2007 | SG | Draft Complaint | 2.00 | $275.00 | $550.00 |
| 12/11/2007 | KBO | Correspondence with S.Gururajan re documents from recorder of deeds and the filing of the complaint. | 0.20 | $150.00 | $30.00 |
| 12/11/2007 | SG | Leave voicemail for DPL regarding review of complaint | 0.10 | $275.00 | $27.50 |
| 12/12/2007 | SG | Revise complaint as per DPL's comments | 0.50 | $275.00 | $137.50 |
| 12/12/2007 | SG | Prepare all docs for filing, attempt to file, unable to file all docs from home | 0.50 | $275.00 | No Charge |
| 12/13/2007 | DPL | File Complaint | 0.20 | $575.00 | $115.00 |
| 12/13/2007 | DPL | filed appearance: Activity in Case 1:07-cv-07006 Jaramillo v. Esperanza Financial Services et al attorney appearance | 0.10 | $575.00 | $57.50 |
| 12/13/2007 | DPL | File civil cover sheet | 0.10 | $575.00 | $57.50 |
| 12/13/2007 | KBO | Prepared summons to WMC mortgage. | 0.20 | $150.00 | $30.00 |
| 12/13/2007 | KBO | Prepared to file complaint, saved all docs to pdf. | 0.30 | $150.00 | $45.00 |
| 12/13/2007 | KBO | Research for registered agents for complaint, four defendants. Printed results. | 0.40 | $150.00 | $60.00 |

Leibowitz Law Center
Page No.:    4

| 12/13/2007 | KBO | Filing of complaint with exhibits. | 1.00 | $150.00 | $150.00 |
|---|---|---|---|---|---|
| 12/13/2007 | KBO | filing of appearance and summons for each defendant. | 0.30 | $150.00 | $45.00 |
| 12/13/2007 | KBO | Prepared summons to Esperanza Financial Services. | 0.20 | $150.00 | $30.00 |
| 12/13/2007 | KBO | Prepared summons to MERS. | 0.20 | $150.00 | $30.00 |
| 12/13/2007 | KBO | Prepared summons to Ocwen Loan. | 0.20 | $150.00 | $30.00 |
| 12/13/2007 | SG | Conference with DPL regarding demand for jury trial, amend complaint to include same | 0.30 | $275.00 | $82.50 |
| 12/13/2007 | SG | Review Federal Rules of Civil Procedure regarding demand for jury trial | 0.20 | $275.00 | $55.00 |
| 12/14/2007 | DBG | Administrative Time:  assistance to Kellie with service issues. | 0.30 | $400.00 | $120.00 |
| 12/14/2007 | DPL | corr with court re detailes to be resolved re new case filing | 0.20 | $575.00 | $115.00 |
| 12/14/2007 | KBO | Telephone call with Sharanya re issuance of Summons. | 0.20 | $150.00 | $30.00 |
| 12/14/2007 | KBO | Revised final two summons per clerk. | 0.20 | $150.00 | $30.00 |
| 12/14/2007 | KBO | Filed corrected summons per clerk. | 0.20 | $150.00 | $30.00 |
| 12/14/2007 | KBO | Revise summons to MERS per clerk. | 0.20 | $150.00 | $30.00 |
| 12/14/2007 | KBO | Revise summons to Ocwen per clerk. | 0.20 | $150.00 | $30.00 |
| 12/14/2007 | KBO | Review of email from clerk re corrections to be made on summons and how to re-file. | 0.20 | $150.00 | $30.00 |
| 12/14/2007 | KBO | Filed corrected pdf's per instructions by clerk for docket #463 | 0.30 | $150.00 | $45.00 |
| 12/14/2007 | KBO | Telephone call to help desk re summons for correction. Transferred to electronic filing dept and left v/m. | 0.20 | $150.00 | $30.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/16/2007 | DPL | conf KBO re summonses to be servedRE: Jaramillo | 0.10 | $575.00 | $57.50 |
| 12/17/2007 | KBO | Email to N.Thompson re service of summons from chicago office. | 0.10 | $150.00 | $15.00 |
| 12/17/2007 | KBO | Email to N.Thompson re issuing of summons instructions at the district clerks office. | 0.20 | $150.00 | $30.00 |
| 12/17/2007 | KBO | Review emails from clerk re filing of complaint, summons, appearance and coversheet. Printed for file. | 0.20 | $150.00 | $30.00 |
| 12/17/2007 | KBO | Service of courtesy copies to Courtroom Deputy. | 0.20 | $150.00 | $30.00 |
| 12/17/2007 | NDT | Ran to Courthouse to have summons issued for all four defendants | 1.20 | $125.00 | $150.00 |
| 12/17/2007 | NDT | Email re: issuance of summons and service of complaint with KBO | 0.30 | $125.00 | $37.50 |
| 12/17/2007 | SG | Conference with KBO regarding preparation and filing of summons in matter, Request KBO to follow uo with help desk and co-ordinate issuance of summons with DBG in federal court | 0.30 | $275.00 | $82.50 |
| 12/21/2007 | DBG | Research rules regarding expiration of summons under federal law. | 0.30 | $400.00 | $120.00 |
| 12/21/2007 | NDT | Telephone conference with Tom Dolan from Lakeside Investigations re service of summons | 0.20 | $125.00 | $25.00 |
| 1/03/2008 | DPL | corr with opposing counsel re loan histories:  Jaramillo | 0.20 | $575.00 | $115.00 |
| 1/03/2008 | DPL | phone with opposing counsel re parameters for settlement:  Jaramillo | 0.20 | $575.00 | $115.00 |
| 1/03/2008 | KBO | Filed affidavit of service for Ocwen. | 0.20 | $150.00 | $30.00 |
| 1/03/2008 | KBO | Prepared to file affidavits of service for summons and complaint. Saved all docs to pdf folder. | 0.30 | $150.00 | $45.00 |

Leibowitz Law Center
Page No.:    6

| 1/03/2008 | KBO | Filed affidavit of service for WMC Mortgage Corp. | 0.20 | $150.00 | $30.00 |
|---|---|---|---|---|---|
| 1/03/2008 | KBO | Filed affidavit of service for MERS. | 0.20 | $150.00 | $30.00 |
| 1/03/2008 | SG | Conference with DPL regarding settlement offer from OCWEN | 0.20 | $275.00 | $55.00 |
| 1/03/2008 | SG | Review return of service from process server, request KBO to file return of service with court | 0.20 | $0.00 | No Charge |
| 1/08/2008 | DPL | review of loan histor (.3) and confer with SG regarding OCWEN's response to our QWR under RESPA | 0.50 | $575.00 | $287.50 |
| 1/08/2008 | SG | Review documents from OCWEN sent to clients, Review OCWEN's request for financial information, e-mail to DPL regarding same | 0.30 | $275.00 | $82.50 |
| 1/10/2008 | DPL | phone with opposing counsel for WMC re continuance:  RE: Jaramillo | 0.30 | $575.00 | $172.50 |
| 1/10/2008 | DPL | phone opposing counsel re stipulation of extension of time; Judge Manning's procedures and settlement status: Jose J. Jaramillo v. Ocwen, et al./My File No. C08-85607 | 0.30 | $575.00 | $172.50 |
| 1/14/2008 | CLR | Please call - returning your call - returned call left message | 0.10 | $50.00 | $5.00 |
| 1/14/2008 | DPL | Please call Erica Osacky (attorney) - called her regarding her representation of WMC | 0.20 | $575.00 | $115.00 |
| 1/14/2008 | DPL | settlement - demanded $45.000 | 0.30 | $575.00 | $172.50 |
| 1/14/2008 | DPL | analyze data to determine possible settlement propsal | 1.40 | $575.00 | $805.00 |
| 1/14/2008 | DPL | Telephone conference with client communicating settlement proposal of $45000 | 0.10 | $575.00 | $57.50 |
| 1/14/2008 | DPL | Telephone conference with A Osacky re WMC's appearance (.2); phone with A. | 0.40 | $575.00 | $230.00 |

|  |  | Kalarickal re amended notice, motion and order; review of the same (.2) |  |  |  |
|---|---|---|---|---|---|
| 1/15/2008 | DPL | review correspondance From Guerard,Kalina&Butkus registered agent for Esperanza | 0.20 | $575.00 | $115.00 |
| 1/16/2008 | SG | Review letter from Esperanza regarding notices of right to cancel | 0.20 | $275.00 | $55.00 |
| 1/25/2008 | DPL | Telephone conference with Kear re status of settlement | 0.10 | $575.00 | $57.50 |
| 1/29/2008 | NDT | Telephone conference with Ericka at Scwartz Cooper re hearing on motion to extend | 0.20 | $125.00 | $25.00 |
| 1/29/2008 | NDT | Email David re: entry of orders extending time defendants have to answer prior to hearing | 0.20 | $125.00 | $25.00 |
| 2/12/2008 | DPL | Corr Kear re $5,000 settlement offer - RE: Jaramillo | 0.40 | $575.00 | $230.00 |
| 2/20/2008 | SG | Conference with DPL regarding motion to dismiss filed by mortgage company and briefing the same | 0.20 | $275.00 | $55.00 |
| 2/21/2008 | DPL | corr Amy Kalarikal re status hearing and discovery conference to come in: Jose J. Jaramillo v. Ocwen, et al./My File No. C08-85607 | 0.30 | $575.00 | $172.50 |
| 2/26/2008 | SG | Review Motion to Dismiss filed by OCWEN Loan Servicing, e-mail to DPL regarding same | 0.40 | $275.00 | $110.00 |
| 3/06/2008 | KBO | Email to M.Garcia for service of certificate of service and docket entry. | 0.10 | $150.00 | $15.00 |
| 3/06/2008 | KBO | Review instructions on filing of certificate of service for the filing of notification of docket entry by Judge. | 0.30 | $150.00 | $45.00 |
| 3/06/2008 | KBO | Filed certificate of service and related to docket entry dated 2/28. | 0.30 | $150.00 | $45.00 |
| 3/06/2008 | MIG | Service of Notice of Certificate of service | 0.30 | $50.00 | $15.00 |

of Docket entry

| 3/06/2008 | SG | Conference with DPL regarding deadlines and dates for status report | 0.30 | $275.00 | $82.50 |
| 3/06/2008 | SG | Draft initial status report and circulate to counsels of record | 1.50 | $275.00 | $412.50 |
| 3/06/2008 | SG | Prepare certificate of service for service of docket entry entered on 2/28/08, message to KBO regarding filing and service | 0.20 | $275.00 | $55.00 |
| 3/06/2008 | SG | Review e-mail from Amy Kalarickal regarding status report and 26(f) disclosures. | 0.20 | $275.00 | $55.00 |
| 3/06/2008 | SG | Review court docket in preparation to complete deadlines, Review complaint, Review Magistrate Judge Susan Cox's rules on preparation and filing of initial status report in referral cases | 1.00 | $275.00 | $275.00 |
| 3/07/2008 | KBO | Review electronic filing receipt for confirmation of electronic notice to Amy Ann Kalarickal, Patrick Stanton and MERS through Amy Ann Kalarickal. All were emailed at addresses listed on notice via the courts noticing sytem. | 0.20 | $150.00 | $30.00 |
| 3/07/2008 | SG | Review e-mail from A. Kalarickal regarding revisions suggested on initial report | 0.10 | $275.00 | $27.50 |
| 3/07/2008 | SG | Telephone conference with DPL regarding revisions to status report and status of settlement discussions | 0.20 | $275.00 | $55.00 |
| 3/07/2008 | SG | Revise Initial Status Report per Amy Kalarickal's comments and e-mail to parties | 0.50 | $275.00 | $137.50 |
| 3/10/2008 | SG | E-mail to DPL regarding 26(f) conference and possible amendment to complaint | 0.20 | $275.00 | $55.00 |
| 3/10/2008 | SG | E-mail to all counsels of record regarding submission of Initial Status Report | 0.20 | $275.00 | $55.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/10/2008 | SG | E-mail to Arika Osacky (Counsel for WMC) regarding deadline for filing Initial Status Report | 0.20 | $275.00 | $55.00 |
| 3/12/2008 | NDT | File certificate of Service for joint initial status report | 0.20 | $125.00 | $25.00 |
| 3/12/2008 | NDT | Prepare notice and certificate of service of intitial joint status report | 0.30 | $125.00 | $37.50 |
| 3/12/2008 | NDT | Prepare documents for filing (joint initial status) | 0.30 | $125.00 | $37.50 |
| 3/12/2008 | NDT | File joint initial status report | 0.30 | $125.00 | $37.50 |
| 3/12/2008 | SG | Revise Initial Status Report and e-mail to all counsel of record | 0.40 | $275.00 | $110.00 |
| 3/12/2008 | SG | Exchange e-mails with Arika regarding filing of Initial Status Report | 0.20 | $275.00 | $55.00 |
| 3/12/2008 | SG | Review DPL's response to question regarding amended complaint | 0.20 | $275.00 | $55.00 |
| 3/13/2008 | NDT | Ran to  Courthouse to drop off cc of Initial Joint Status report to Judge cox | 0.60 | $125.00 | $75.00 |
| 3/17/2008 | DPL | Status Hearing - Magistrate Susan Cox - attended by telephone | 0.40 | $575.00 | $230.00 |
| 3/17/2008 | SG | Review docket entry for scheduling conference | 0.20 | $275.00 | $55.00 |
| 3/17/2008 | SG | Telephone conference with DPL regarding hearing in federal court. Call Judge Cox's deputy regarding telephonic appearance. Make arrangements for DPL's telephonic appearance | 0.40 | $275.00 | $110.00 |
| 3/18/2008 | CLR | Copying and serving motion | 0.70 | $50.00 | $35.00 |
| 3/18/2008 | NDT | Prepare notice of filing and certificate of service | 0.30 | $125.00 | $37.50 |
| 3/18/2008 | NDT | File Response to Motiont to Dismiss | 0.20 | $125.00 | $25.00 |

| 3/18/2008 | NDT | File Notice of Response to Motion to Dismiss | 0.20 | $125.00 | $25.00 |
| 3/18/2008 | SG | Conference with DPL regarding drafting a response to OCWEN's Motion to Dismiss and preparing a Motion to Substitute Party Defendant | 0.20 | $275.00 | $55.00 |
| 3/18/2008 | SG | Draft Response to OCWEN's Motion to Dismiss, to N. Thompson for filing | 0.40 | $275.00 | $110.00 |
| 3/19/2008 | DBG | Email from Sharanya regarding status hearing; review of pleadings. | 0.40 | $400.00 | $160.00 |
| 3/19/2008 | DBG | Review of docket to determine status hearing; email to Sharanya and DPL regarding same. | 0.30 | $400.00 | $120.00 |
| 3/19/2008 | SG | E-mail to all attorneys of record regarding 26(f) conference | 0.20 | $275.00 | $55.00 |
| 3/20/2008 | SG | Exchange e-mails with Amy Kalarickal to confirm her representation of the current holder | 0.20 | $275.00 | $55.00 |
| 3/20/2008 | SG | WestLaw Research regarding substitution of real party in interest | 0.80 | $275.00 | $220.00 |
| 3/20/2008 | SG | Draft Motion to Substitute OCWEN with real party in interest | 1.00 | $275.00 | $275.00 |
| 3/24/2008 | SG | Review stipulation to dismiss OCWEN Loan Servicing and to amend complaint to include holder, e-mail to Amy regarding same | 0.30 | $275.00 | $82.50 |
| 3/24/2008 | SG | Exchange e-mails with Amy Kalarickal regarding submitting copy of scheduling order to Judge Cox's chambers and service of amended complaint | 0.20 | $275.00 | $55.00 |
| 3/24/2008 | SG | Telephone conference with Amy Potestivo regarding 26(f) conference and deadlines | 0.20 | $275.00 | $55.00 |
| 3/24/2008 | SG | Prepare scheduling Order | 0.50 | $275.00 | $137.50 |

| 3/24/2008 | SG | E-mail to all attorneys of record regarding first draft of proposed discovery schedule | 0.20 | $275.00 | $55.00 |
|---|---|---|---|---|---|
| 3/24/2008 | SG | Review e-mail from attorneys regarding revisions, revise discovery schedule, e-mail same | 0.40 | $275.00 | $110.00 |
| 3/25/2008 | SG | Telephone conference with Amy Kalarickal regarding dropping off discovery scheduling order and stipulation to Judge Cox's chambers | 0.20 | $275.00 | $55.00 |
| 4/02/2008 | SG | Review Judge Manning's ruling on Motion to Dismiss, review Amy Kalarickal's e-mail. Respond to same | 0.40 | $275.00 | $110.00 |
| 4/03/2008 | SG | Review docket entry regarding discovery deadlines - enter the same in TM | 0.20 | $275.00 | $55.00 |
| 4/10/2008 | SG | Revise complaint to include current holder; e-mail to DPL for his review | 0.50 | $275.00 | $137.50 |
| 4/10/2008 | SG | Revise first draft of proposed first amended complaint as per DPL's revisions, e-mail to DPL for his comments | 0.50 | $275.00 | $137.50 |
| 4/14/2008 | DPL | RE: Amended Complaint in Jaramillo and confer with SG re same - need Jury Demand | 0.40 | $575.00 | $230.00 |
| 4/14/2008 | SG | Revise draft of first amended complaint to add language regarding jury demand; E-mail copy to Amy kalarickal | 0.40 | $275.00 | $110.00 |
| 4/15/2008 | SG | Telephone conference with Amy Kalarickal regarding entry of agreed order allowing filing of amended complaint | 0.20 | $275.00 | $55.00 |
| 4/15/2008 | SG | Leave voicemail for Amy Kalarickal requesting call back | 0.10 | $275.00 | $27.50 |
| 4/16/2008 | SG | Telephone conference with Candy Jaramillo regarding status of case | 0.20 | $275.00 | $55.00 |

| | | | | | |
|---|---|---|---|---|---|
| 4/16/2008 | SG | Conference with DPL regarding preparing motion for default judgment against Esparanza Financial Services and seeking recoupment against current holder | 0.30 | $275.00 | $82.50 |
| 4/16/2008 | SG | E-mail to all counsels of record regarding entry of agreed order grating leave to Plaintiff to file amended complaint | 0.20 | $275.00 | $55.00 |
| 4/17/2008 | SG | Exchange e-mails with A. Kalaricka regarding deadline for initial disclosures | 0.20 | $275.00 | $55.00 |
| 4/17/2008 | SG | Receive response from A. Osacky regarding agreement to entry of first amended complaint | 0.10 | $275.00 | $27.50 |
| 4/18/2008 | SG | Review instructions in Judge Manning's website regarding filing agreed proposed orders, e-mail order to Judge Manning's chambers for entry | 0.30 | $275.00 | $82.50 |
| 4/22/2008 | SG | Telephone conference with Courtroom Deputy for Judge Manning | 0.20 | $275.00 | $55.00 |
| 4/22/2008 | SG | Telephone conference with Judge Cox's Deputy regarding entry of agreed order, E-mail same to Judge Cox's deputy | 0.40 | $275.00 | $110.00 |
| 4/22/2008 | SG | Leave voicemail for Robbie Hunt regarding filing of agreed order | 0.10 | $275.00 | $27.50 |
| 4/22/2008 | SG | E-mail to courtroom deputy Robbie Hunt regarding entry of agreed order | 0.20 | $275.00 | $55.00 |
| 4/24/2008 | SG | E-mail to DPL regarding review of First Draft of Initial Disclosures | 0.20 | $275.00 | $55.00 |
| 4/24/2008 | SG | Begin working on Rule 26 Disclosures | 0.50 | $275.00 | $137.50 |
| 4/24/2008 | SG | Review file for information to draft Rule 26 Initial Disclosures | 0.50 | $275.00 | $137.50 |
| 4/24/2008 | SG | Leave voicemail for candy requesting call back | 0.10 | $275.00 | $27.50 |
| 4/24/2008 | SG | Telephone conference with Candy Jaramillo regarding information needed | 0.20 | $275.00 | $55.00 |

for Rule 26 disclosures

| | | | | | |
|---|---|---|---|---|---|
| 4/25/2008 | SG | E-mail to Amy Kalarickal regarding entry of agreed order and filing of amended complaint | 0.20 | $275.00 | $55.00 |
| 4/25/2008 | SG | Exchange e-mails with Amy Kalarcikal indicating agreement with extension on initial disclosures | 0.10 | $275.00 | $27.50 |
| 4/25/2008 | SG | Administrative Time: Check ECF for entry of agreed order | 0.20 | $275.00 | $55.00 |
| 4/25/2008 | SG | Review e-mail from Amy Kalarickal regarding extenstion to exchange initial disclosures, review proposed order, forward to DPL for his position on same | 0.30 | $275.00 | $82.50 |
| 4/28/2008 | CLR | Prepare and mail Plaintiffs first amended complaint to service list. | 0.70 | $50.00 | $35.00 |
| 4/28/2008 | SG | E-mail filed complaint to Amy Kalarickal | 0.20 | $275.00 | $55.00 |
| 4/28/2008 | SG | Prepare summons for US Bank National Association, e-mail to Intake for issuance | 0.30 | $275.00 | $82.50 |
| 4/28/2008 | SG | Prepare notice of filing first amended complaint and other documents for filing | 0.40 | $275.00 | $110.00 |
| 4/28/2008 | SG | Electronically file First Amended Complaint | 0.40 | $275.00 | $110.00 |
| 4/28/2008 | SG | Telephone conference with ECF Help Desk regarding adding new defendant | 0.20 | $275.00 | No Charge |
| 4/28/2008 | SG | Review e-mails exchanged regarding entering order extending initial disclosure deadlines | 0.20 | $275.00 | $55.00 |
| 4/29/2008 | KBO | Review case to see how summons were issued. Message to S.Gururajan re whether or not alias is required for amended complaint. | 0.10 | $150.00 | $15.00 |
| 4/29/2008 | SG | Prepare alias summons for all defendants for first amended complaint, Scan and e-mail to the intaje desk at | 0.50 | $275.00 | $137.50 |

the District Court

| Date | | Description | | | |
|------|------|-------------|------|------|------|
| 4/29/2008 | SG | Review e-mail from Clerk's office regarding summons | 0.20 | $275.00 | $55.00 |
| 4/29/2008 | SG | Revise summons for US Bank and re-send to clerk's office | 0.30 | $0.00 | No Charge |
| 5/05/2008 | SG | Administrative Time: Print out issued summons on all defendants, attach to complaint. TO MIG to make arrangements with Lakeside Investigations for service | 0.50 | $275.00 | $137.50 |
| 5/08/2008 | KBO | Administrative Time scanning and saving of executed affidavit of service for each defendant. | 0.20 | $150.00 | $30.00 |
| 5/08/2008 | KBO | Filed affidavit of service for service of Alias and Amended Complaint on Esperanza | 0.20 | $150.00 | $30.00 |
| 5/08/2008 | KBO | Filed affidavit of service for service of Alias and Amended Complaint on US Bank. | 0.20 | $150.00 | $30.00 |
| 5/08/2008 | KBO | Filed affidavit of service for service of Alias and Amended Complaint on MERS | 0.20 | $150.00 | $30.00 |
| 5/08/2008 | KBO | Filed affidavit of service for service of Alias and Amended Complaint on WMC Mortgage. | 0.20 | $150.00 | $30.00 |
| 5/08/2008 | SG | E-mail to D. Leibowitz regarding status of case and service of First Amended Complaint | 0.20 | $275.00 | $55.00 |
| 5/08/2008 | SG | Review Affidavits of Service obtained for service of First Amended Complaint, to KBO for filing with Court | 0.20 | $275.00 | $55.00 |
| 5/15/2008 | SG | Review Motion to Dismiss filed by US Bank | 0.30 | $275.00 | $82.50 |
| 5/19/2008 | SG | Conference with DPL regarding motion to dismiss and reference to Bibler case | 0.30 | $275.00 | $82.50 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/20/2008 | SG | Administrative Time: Review docket, docket deadlines to respond to US Bank's Motion to Dismiss | 0.20 | $275.00 | No Charge |
| 5/28/2008 | SG | E-mail DPL with draft of initial disclosures for his review | 0.20 | $275.00 | $55.00 |
| 5/28/2008 | SG | Begin drafting Requests to Produce Documents from US Bank (Holder) | 0.30 | $275.00 | $82.50 |
| 5/29/2008 | DPL | review disclosures | 0.30 | $575.00 | $172.50 |
| 5/29/2008 | KBO | Prepared to file Rule 26 Disclosure, printed docs to pdf with notice. | 0.20 | $150.00 | $30.00 |
| 5/29/2008 | KBO | Filed Rule 26 Disclosures. | 0.30 | $150.00 | $45.00 |
| 5/29/2008 | KBO | Filed notice of filing and related to Rule 26 disclosures. | 0.20 | $150.00 | $30.00 |
| 5/29/2008 | KBO | Service of Rule 26 Disclosures | 0.20 | $150.00 | $30.00 |
| 5/29/2008 | KBO | Telephone call to Judge Susan Cox chambers re filing of Rule 26 disclosures. Agreed order is sufficient for filing. | 0.20 | $150.00 | $30.00 |
| 5/29/2008 | KBO | Telephone call with ECF help desk re filing of Rule 26 disclosure. To have leave to file Rule 26. Messages to S.Gururajan re same. | 0.20 | $150.00 | $30.00 |
| 5/29/2008 | KBO | Prepared notice of filing for Initial Rule 26 Disclosure. | 0.20 | $150.00 | $30.00 |
| 5/29/2008 | SG | Finish drafting Requests to Produce from US Bank (Holder) | 0.50 | $275.00 | $137.50 |
| 5/29/2008 | SG | Administrative Time: Exchanges messages with KBO regarding procedure and ECF event for filing Initial Disclosures | 0.20 | $275.00 | No Charge |
| 5/29/2008 | SG | Conference with DPL regarding review of Initial Disclosures. Revise Initial Disclosures based on DPL's comments. To KBO for filing and service | 0.50 | $275.00 | $137.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/30/2008 | SG | Review Initial Disclosures filed by WMC Mortgage | 0.20 | $275.00 | $55.00 |
| 6/05/2008 | SG | WestLaw Research regarding responding to US Bank's Motion to Dismiss | 1.00 | $275.00 | $275.00 |
| 6/05/2008 | SG | Conference with DPL regarding responding to US Bank's Motion to Dismiss | 0.30 | $275.00 | $82.50 |
| 6/05/2008 | SG | Begin drafting response to US Bank's Motion to Dismiss | 0.50 | $275.00 | $137.50 |
| 6/10/2008 | AJF | filed Response to Motion to Dismiss | 0.60 | $85.00 | $51.00 |
| 6/10/2008 | DPL | Conference with S.Gururajan re subpoena's to WMC mortgage, First American Title and US Bank and motion for default to be filed against Esperanza. | 0.20 | $575.00 | $115.00 |
| 6/10/2008 | DPL | review motion to dismiss and response - further review of loan documents for additional theories and claims; consideration of recoupment issues and examine UCC and HDC doctrine | 1.00 | $575.00 | $575.00 |
| 6/10/2008 | KBO | Telephone call to Judge Cox chambers re scheduling of motion in front of which judge? To be scheduled in front of Manning for T or R. | 0.20 | $150.00 | $30.00 |
| 6/10/2008 | KBO | Prepared minute order for motion for default v. Esperanza. | 0.20 | $150.00 | $30.00 |
| 6/10/2008 | KBO | Prepared notice of motion for motion for default v. Esperanza. | 0.30 | $150.00 | $45.00 |
| 6/10/2008 | KBO | Conference with S.Gururajan re hearing date and time and day to file motion for default based on calendar and judges schedule. | 0.10 | $150.00 | $15.00 |
| 6/10/2008 | KBO | Draft affidavit in support of motion for default | 1.00 | $150.00 | $150.00 |

| | | | | | |
|---|---|---|---|---|---|
| 6/10/2008 | KBO | Draft motion for default v. Esperanza for failure to respond or appear. | 0.60 | $150.00 | $90.00 |
| 6/10/2008 | KBO | Conference with D.Leibowitz re subpoena's to WMC mortgage, First American Title and US Bank. | 0.30 | $150.00 | $45.00 |
| 6/10/2008 | KBO | Review of mortgage docs from recorder for addresses for subpoena's requested by D.Leibowitz. | 0.20 | $150.00 | $30.00 |
| 6/10/2008 | KBO | Draft order for default v. Esperanza. | 0.30 | $150.00 | $45.00 |
| 6/10/2008 | KBO | Emails to A.FischSchurder re filing of default motion with district court and service of courtesy copies. | 0.10 | $150.00 | $15.00 |
| 6/10/2008 | KBO | Research at Recorder of Deeds for mortgages and quit claim deed. Printed recorders screen of all transactions, the quitclaim deed and mortgages. | 1.00 | $150.00 | $150.00 |
| 6/10/2008 | SG | Meet with DPL regarding review of response to motion to dismiss, revise response as per DPL's comments | 0.50 | $275.00 | $137.50 |
| 6/10/2008 | SG | Conference with DPL regarding review motion to dismiss and response - further review of loan documents for additional theories and claims; consideration of recoupment issues and examine UCC and HDC doctrine | 1.00 | $275.00 | $275.00 |
| 6/10/2008 | SG | Finish drafting response to Motion to Dismiss | 1.50 | $275.00 | $412.50 |
| 6/12/2008 | SG | E-mail to DPL regarding cut off for oral discovery | 0.20 | $275.00 | $55.00 |
| 6/12/2008 | SG | E-mail to Judge Manning's deputy to confirm documents required for filing Motion for Default Judgment | 0.20 | $275.00 | $55.00 |
| 6/12/2008 | SG | Revise affidavit of Jose Jaramillo | 0.50 | $275.00 | $137.50 |
| 6/12/2008 | SG | Leave voicemail for Judge Cox's deputy regarding documents needed to be filed along with Motion for Default, request | 0.10 | $275.00 | $27.50 |

call back

| | | | | | |
|---|---|---|---|---|---|
| 6/13/2008 | DBG | REview of docket and Pacer to determine status of hearing; email to DPL and SG. | 0.30 | $400.00 | $120.00 |
| 6/13/2008 | KBO | Revise notice of motion for filing of default motion. | 0.10 | $150.00 | $15.00 |
| 6/13/2008 | MIG | Administrative Time- bookmarked docs. | 0.30 | $50.00 | $15.00 |
| 6/13/2008 | SG | Review DBG's e-mails regarding status hearing on Monday, Review ECF regarding same. E-mail to DBG | 0.40 | $275.00 | $110.00 |
| 6/13/2008 | SG | Meet with Jose Jaramillo regarding status of case and verifying allegations in his affidavit in support of Motion for Default Judgment against Esperanza, Revise Affidavit according to conversation with client. Have client execute affidavit | 1.00 | $275.00 | $275.00 |
| 6/16/2008 | DBG | Court:  attended status hearing. | 1.00 | $400.00 | $400.00 |
| 6/16/2008 | DBG | Review of pleadings in connection with preparation for status hearing. | 0.30 | $400.00 | $120.00 |
| 6/16/2008 | KBO | Review of subpoena examples for other TILA cases for preparation of subpoena's to title company and mortgage companies. Messages to N.Thompson re same. | 0.30 | $150.00 | $45.00 |
| 6/16/2008 | SG | Review e-mail from DBG regarding status hearing in Jaramillo | 0.10 | $275.00 | $27.50 |
| 6/16/2008 | SG | Administrative Time: Set alerts in calendar for discovery cut off | 0.20 | $275.00 | No Charge |
| 6/17/2008 | SG | Revise Motion for Default Judgment prepared by KBO | 0.50 | $275.00 | $137.50 |
| 6/17/2008 | SG | E-mail to D. Leibowitz regarding review of Motion for Default Judgment and Affidavit | 0.20 | $275.00 | $55.00 |
| 6/18/2008 | SG | Finalize Interrogatories and Request for | 0.50 | $275.00 | $137.50 |

Documents from US Bank (Holder)

| | | | | | |
|---|---|---|---|---|---|
| 6/18/2008 | SG | E-mail to DPL regarding his comments on Motion for Default Judgment against Esperanza | 0.20 | $275.00 | $55.00 |
| 6/18/2008 | SG | Draft Requests to Produce from WMC Mortgage | 0.50 | $275.00 | $137.50 |
| 6/19/2008 | AJF | bundled Nom and Motion for Default together for filing | 0.10 | $85.00 | $8.50 |
| 6/19/2008 | AJF | bundled Order/Minute Order together for filing | 0.10 | $85.00 | $8.50 |
| 6/19/2008 | AJF | Scanned Documents into TM & BMS -Exhibit A | 0.10 | $85.00 | $8.50 |
| 6/19/2008 | AJF | Scanned Documents into TM & BMS- Exhibit B | 0.10 | $85.00 | $8.50 |
| 6/19/2008 | AJF | Scanned Documents into TM & BMS Exhibit D | 0.10 | $85.00 | $8.50 |
| 6/19/2008 | AJF | filed Motion for Default/Exhibits/Proposed Order | 0.20 | $85.00 | $17.00 |
| 6/19/2008 | AJF | Administrative Time: copied Motion to send to adverse atty | 0.20 | $85.00 | $17.00 |
| 6/19/2008 | AJF | sent courtesy copies to Judge Manning, c/o Robbie Hunt, Room 2132 | 0.10 | $85.00 | $8.50 |
| 6/19/2008 | AJF | mailed to judge and defendant | 0.30 | $85.00 | $25.50 |
| 6/19/2008 | KBO | Revise motion for default to change exhibit A information | 0.10 | $150.00 | $15.00 |
| 6/19/2008 | KBO | Conference with S.Gururajan re changes to motion and filing of motion. | 0.20 | $150.00 | $30.00 |
| 6/19/2008 | SG | Final review of Motion for Default Judgment prior to filing, Review pre-bill in preparation to attach as exhibit to Motion for Default Judgment, Detailed instructions to KBO prior to filing motion | 0.50 | $275.00 | $137.50 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| 6/20/2008 | KBO | Draft subpoena to First American Title for closing docs. | 0.40 | $150.00 | $60.00 |
| 6/24/2008 | SG | Administrative Time: Update TM with info on status hearing | 0.10 | $275.00 | $27.50 |
| 6/30/2008 | SG | Conference with DPL regarding Judge Manning's ruling and tomorrow's hearing on our Motion for Default Judgment | 0.40 | $275.00 | $110.00 |
| 6/30/2008 | SG | Telephone conference with D. Leibowitz regarding Judge Manning's decision on Motion to Dismiss, discuss whether rescission notice was sent to OCWEN | 0.40 | $275.00 | $110.00 |
| 6/30/2008 | SG | Review e-mails from DPL regarding Judge Manning's decision, review Judge Manning's decision, Review file regarding copy of rescission letter sent to OCWEN. E-mail to DPL regarding same | 1.00 | $275.00 | $275.00 |
| 6/30/2008 | SG | Review US Bank's response to our Motion for Default Judgment against Esperanza, Westlaw research regarding same | 0.50 | $275.00 | $137.50 |
| 7/01/2008 | SG | Prepare revised draft order to accompany motion for default judgment against Esperanza | 0.20 | $275.00 | $55.00 |

|  |  | | | 91.70 | $26,106.50 |
|---|---|---|---|---|---|
| For Professional Services Rendered | | | | | |

| Additional Charges | | | Qty | Price | Amount |
|---|---|---|---|---|---|
| 1/08/2007 | DPL | Lakeside Investigations fee/ Esperanza Financial Services c/o J. Steven Butkus | 1.00 | $95.00 | $95.00 |
| 11/01/2007 | TBS | Postage to mail letter to Jose per SG | 1.00 | $0.41 | $0.41 |
| 12/10/2007 | KBO | Court fees for copies of mortgage docs and assigments. | 44.00 | $1.00 | $44.00 |
| 12/13/2007 | KBO | Court fees for filing of complaint. | 1.00 | $350.00 | $350.00 |
| 12/21/2007 | DPL | Fedex Charge to send documents to Tom Dolan at Lakeside Investigations | 1.00 | $38.85 | $38.85 |

Leibowitz Law Center
Page No.:    21

| Date | | Description | Qty | Rate | Amount |
|------|------|-------------|-----|------|--------|
| 12/26/2007 | DPL | Lakeside Investigations fee / Summons served on WMC Mortgage Corp. c/o Prentice Hall Corporation | 1.00 | $110.00 | $110.00 |
| 12/26/2007 | DPL | Lakeside Investigations fee/ Ocwen Loan Servicing c/o illinois corporations service | 1.00 | $181.00 | $181.00 |
| 12/26/2007 | DPL | Lakeside Investigations fee/ mortgage electronic registration system/ c/o CT Corporation System | 1.00 | $110.00 | $110.00 |
| 6/03/2008 | DPL | Lakeside investigations service fee for service | 4.00 | $65.00 | $260.00 |
| 6/10/2008 | KBO | Copying of mortgage docs and quitclaim deed at recorders office $1 per page | 19.00 | $1.00 | $19.00 |
| 6/19/2008 | AJF | Postage to mail: to judge (courtesy) and Defendant | 2.00 | $1.51 | $3.02 |

|  |  |
|--|--|
|  | $1,211.28 |
| Total Costs | |
|  | $27,317.78 |
| Total Amount of This Bill | |
|  | $0.00 |
| Previous Balance | |

| Date | | | | |
|------|------|------|------|------|
| | | | | $0.00 |
| 10/22/2007 | Payment - Thank You | Check No. 736 | | $0.00 |
| 10/29/2007 | Payment - Thank You | Check No. 02749Z | | $0.00 |
| 10/29/2007 | Payment - Thank You | Check No. 035110 | | $0.00 |
| 10/29/2007 | Payment - Thank You | Check No. | | $0.00 |
| 11/05/2007 | Payment - Thank You | Check No. R0284Z | | $0.00 |
| 11/07/2007 | Payment - Thank You | Check No. 03541B | | $0.00 |
| 11/08/2007 | Payment - Thank You | Check No. 08-79489 | | $0.00 |
| 11/08/2007 | Payment - Thank You | Check No. CASH | | $0.00 |
| 11/09/2007 | Payment - Thank You | Check No. | | $-5,500.00 |

|  |  |
|--|--|
| Total Payments and Adjustments | |
|  | $21,817.78 |
| Balance Due | |

### Professional Summary

| Name | Hours | Rate | Fees |
|------|-------|------|------|
| | 0.00 | $0.00 | $3,000.00 |
| | 1.90 | $85.00 | $161.50 |

| | | | |
|---|---|---|---|
| | | | $75.00 |
| | 1.50 | $50.00 | $1,160.00 |
| | 2.90 | $400.00 | $6,095.00 |
| Chyrel L Rivera | 10.60 | $575.00 | $2,505.00 |
| Diane B Gordon | 16.70 | $150.00 | $30.00 |
| David P. Leibowitz | 0.60 | $50.00 | $650.00 |
| Kellie B Ojanpera | 5.20 | $125.00 | $12,430.00 |
| Maria I Garcia | 45.20 | $275.00 | $0.00 |
| Noah D Thompson | 0.00 | $0.00 | $0.00 |
| Sharanya Gururajan | 0.00 | $50.00 | |
| Sharanya Gururajan | | | |

Payment is due on presentation of this invoice.
Balances beyond 30 days will accrue interest at the rate of 1% per month.
We value your business and appreciate your prompt payment.

We hope you are pleased with our efforts on your behalf and that you will refer your friends, family and associates to our firm.

If you have any questions, concerns or are in any way dissatisfied, please bring these issues to our attention so that we can resolve them and improve our service to you and our other clients.

Thank you!