IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| JOSE J. JARAMILLO | ) | | |
| | ) | | |
| | ) | Case Number: | 07 CV 07006 |
| Plaintiff(s), | ) | | |
| vs. | ) | Honorable | Blanche M. Manning |
| | ) | | |
| ESPERANZA FINANCIAL | ) | | |
| SERVICES, et.al | ) | Magistrate Judge | Susan E. Cox |
| | ) | | |
| Defendant. | ) | | |

## NOTICE OF FILING

To:   J. Steven Butkus, Guerard, Kalina & Butkus, 100 West Roosevelt Road, Wheaton, IL - 60187
*Amy Ann Kalarickal, Potestivo & Associates, 134 N. LaSalle St., Suite 2050, Chicago, Il - 60602
MERS, c/o CT Corporation System, 201 S. LaSalle Street, Suite 814, Chicago, Il – 60602,
*Patrick Thomas Stanton, Schwartz, Cooper Chtd., 180 North LaSalle St, Suite 2700, Chicago, IL –   60602
*Arika Joy Osacky, Schwartz, Cooper, Greenberg & Krauss, 180 North LaSalle Street, Suite 2700, Chicago, IL 60601

PLEASE TAKE NOTICE that on Tuesday, July 15, 2008 we caused to be filed Jose Jaramillo's Reply to Response Filed by US Bank and WMC Mortgage Corporation to Motion for Default Judgment Against Esperanza Financial Services.

Dated:   July 15, 2008

/s/ David P. Leibowitz
Attorney for Plaintiff

## Certificate of Service

On July 15, 2008 the undersigned, certifies that on this date, she caused a copy of the above document to be served upon each person shown via U.S. Mail. Parties indicated by asterick (*) were served by ECF electronic notification.

/s/Kellie Ojanpera Dame
Paralegal

David P. Leibowitz (Atty. No. 1612271)
Sharanya Gururajan (Atty. No. 6286295)
Leibowitz Law Center
420 W. Clayton Street
Waukegan, IL 60085