IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| JOSE J. JARAMILLO | ) | | |
| | ) | | |
| | ) | Case Number: | 07 CV 07006 |
| Plaintiff(s), | ) | | |
| vs. | ) | Honorable | Blanche M. Manning |
| | ) | | |
| ESPERANZA FINANCIAL SERVICES, et.al | ) | | |
| | ) | Magistrate Judge | Susan E. Cox |
| | ) | | |
| Defendant. | ) | | |

### AMENDED NOTICE OF FILING

To:   J. Steven Butkus, Guerard, Kalina & Butkus, 100 West Roosevelt Road, Wheaton, IL - 60187
      *Amy Ann Kalarickal, Potestivo & Associates, 134 N. LaSalle St., Suite 2050, Chicago, Il - 60602
      MERS, c/o CT Corporation System, 201 S. LaSalle Street, Suite 814, Chicago, Il – 60602,
      *Patrick Thomas Stanton, Dykema, Gossett, PLLC, 180 North LaSalle Street, #2700, Chicago, IL 60601.
      *Arika Joy Osacky, Dykema Gossett, PLLC, 10 S. Wacker Drive, #2300, Chicago, IL 60606

   PLEASE TAKE NOTICE that on Tuesday, July 15, 2008 we caused to be filed Jose Jaramillo's Reply to Response Filed by US Bank and WMC Mortgage Corporation to Motion for Default Judgment Against Esperanza Financial Services.

Dated:  July 17, 2008

                                             /s/ David P. Leibowitz
                                             Attorney for Plaintiff

### Certificate of Service

   On July 17, 2008 the undersigned, certifies that on this date, she caused a copy of the above document along with the amended notice of filing to be served upon each person shown via U.S. Mail.  Parties indicated by asterick (*) were also served by ECF electronic notification.

                                             /s/Kellie Ojanpera Dame
                                             Paralegal

David P. Leibowitz (Atty. No. 1612271)
Sharanya Gururajan (Atty. No. 6286295)
Leibowitz Law Center
420 W. Clayton Street
Waukegan, IL 60085