IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE J. JARAMILLO | ) | |
| | ) | |
| | ) | Case Number: 07 CV 07006 |
| Plaintiff(s), | ) | |
| vs. | ) | Honorable Blanche M. Manning |
| | ) | |
| ESPERANZA FINANCIAL | ) | |
| SERVICES, et.al | ) | Magistrate Judge Susan E. Cox |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

**To:** *J. Steven Butkus, Gerard, Kalina & Butkus, 100 W Roosevelt Road, Wheaton, IL - 60187
*Amy Ann Kalarickal, Potestivo & Associates, 134 N. LaSalle St., Suite 2050, Chicago, Il - 60602
**MERS, c/o CT Corporation System, 201 S. LaSalle Street, Suite 814, Chicago, IL – 60602, E-
*Patrick Thomas Stanton, Dykema Gossett, PLLC, 180 N. LaSalle St., #2700, Chicago, IL 60601
*Arika Joy Osacky, Schwartz, Dykema Gossett, PLLC, 180 N. LaSalle St., #2700, Chicago, IL 60601

PLEASE TAKE NOTICE that on Friday, July 18, 2008, we caused to be filed our **PLAINTIFF'S SECOND AMENDED COMPLAINT**.

Dated: July 18, 2008

/s/ David P. Leibowitz
Lead Counsel for Plaintiff

### Certificate of Service

On July 18, 2008, the undersigned, certifies that on this date, she caused a copy of the above document to be served upon each person as indicated bellow. Parties indicated by asterick (*) were served by ECF electronic notification. Parties indicated by (**) were served via first class mail with postage pre-paid at Waukegan, IL.

/s/Maria I Garcia
Legal Assistant

David P. Leibowitz (Atty. No. 1612271)
Sharanya Gururajan (Atty. No. 6286295)
Leibowitz Law Center
420 W. Clayton Street
Waukegan, IL 60085
Phone: 847.249.9100