IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE J. JARAMILLO, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ESPERANZA FINANICAL SERVICES; )<br>U.S. BANK NATIONAL ASSOCIATION, AS )<br>TRUSTEE FOR THE REGISTERED HOLDERS )<br>OF MASTR ASSET BACKED SECURITIES )<br>TRUST 2007-WMC1 MORTGAGE PASS- )<br>THROUGH CERTIFICATES, SERIES 2007- )<br>WMC1; MORTGAGE ELECTRONIC )<br>REGISTRATION SYSYSTEM; WMC )<br>MORTGAGE CORPORATION, )<br>)<br>Defendants. )<br>) | Case No. 07 CV 7006<br>Honorable Judge Manning<br>Honorable Magistrate Judge Cox |

## NOTICE OF MOTION

**TO:**

| | |
|---|---|
| **David P. Leibowitz** | **Patrick T. Stanton** |
| **Sharanya Gururajan** | **Arika J. Osacky** |
| **Leibowitz Law Center** | **Dykema Gossett, PLLC** |
| **420 West Clayton Street** | **10 South Wacker Drive, #2300** |
| **Waukegan, IL 60085-4216** | **Chicago, IL 60606** |

PLEASE TAKE NOTICE that Defendant US Bank's 12(b)(6) Motion to Dismiss Plaintiff's Second Amended Complaint will be brought on to be heard before the Honorable Judge Blanche M. Manning on **Tuesday, August 5, 2008 at 11:00 a.m.**, or as soon thereafter as counsel may be heard.

Respectfully submitted,

*/s/ Amy A. Kalarickal*
One of its attorneys

POTESTIVO & ASSOCIATES, P.C.
134 N. LaSalle St., Suite 2050
Chicago, IL 60602
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
*Attorneys for Defendant US Bank*
*National Association, as Trustee*

1

## CERTIFICATE OF SERVICE

I, Amy A. Kalarickal, an attorney, hereby certify that a true and correct copy of the foregoing Notice of Motion was served upon counsel of record through operation of the Court's ECF system on **July 28, 2008**:

**Counsel for Plaintiff**
David Perry Leibowitz - dpl@lakelaw.com

**Counsel for Defendant WMC Mortgage Corporation**
Patrick Thomas Stanton - pstanton@dykema.com
Arika Joy Osacky - aosacky@dykema.com

Respectfully submitted,

By: /s/  Amy A. Kalarickal
One of its Attorneys

Amy A. Kalarickal (ARDC#6291675)
POTESTIVO & ASSOCIATES, P.C.
134 N. LaSalle St., Suite 2050
Chicago, IL 60602
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
*Attorneys for Defendant US Bank*
*National Association, as Trustee*

2