# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7006 | **DATE** | 8/19/2008 |
| **CASE TITLE** | Jose J. Jaramillo vs. Esperanza Financial Services | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order to Extend Discovery Deadlines. The parties shall conclude written and oral discovery by 1/22/09. Plaintiff shall designate expert witnesses and provide disclosures required pursuant to FRCP 26(a)(2) by 3/22/09. Defendants shall designate expert witnesses and provide disclosures required pursuant to FRCP 26(a)(2) by 4/22/09. Depositions of expert witnesses will be taken by and all expert discovery will be completed by 7/22/09. Status hearing set for 9/22/08 at 9:30 a.m. is stricken. Status hearing set for 12/10/08 at 9:30 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|