IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE J. JARAMILLO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ESPERANZA FINANCIAL SERVICES, ) <br> U.S. BANK NATIONAL ASSOCIATION, AS ) <br> TRUSTEE FOR THE REGISTERED HOLDERS ) <br> OF MASTR ASSET BACKED SECURITIES ) <br> TRUST 2007-WMC1 MORTGAGE PASS- ) <br> THROUGH CERTIFICATES, SERIES 2007- ) <br> WMC1; ) <br> MORTGAGE ELECTRONIC REGISTRATION ) <br> SYSTEM, ) <br> WMC MORTGAGE CORPORATION, ) <br> ) <br> Defendants. ) | Case No. 07 C 7006 <br> Honorable Judge Manning <br> Honorable Magistrate Judge Cox |

### AGREED ORDER TO EXTEND DISCOVERY DEADLINES

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that:

1. Since commencement of the discovery schedule, activity has occurred including dismissal of a party, inclusion of a new party, dispositive motion as to U.S. Bank ruled upon, Amended Complaint filed and a new dispositive motion as to U.S. Bank is currently pending before Judge Manning.

2. Due to the activity in this case, discovery has not been propounded and an extension of the current discovery schedule is requested.

3. The current discovery schedule is as follows:

    a. The parties shall conclude written and oral discovery by September 22, 2008.

b. Plaintiff shall designate expert witnesses and provide disclosures required pursuant to FRCP 26(a)(2) by September 5, 2008.

c. Defendants shall designate expert witnesses and provide disclosures required pursuant to FRCP 26(a)(2) by October 5, 2008.

d. Depositions of expert witnesses will be taken by and all expert discovery will be completed by December 31, 2008.

e. All dispositive motions shall be filed by February 27, 2009.

4. The parties stipulate and agree to entrance of the following extensions to the discovery schedule:

a. The parties shall conclude written and oral discovery by January 22, 2009.

b. Plaintiff shall designate expert witnesses and provide disclosures required pursuant to FRCP 26(a)(2) by March 22, 2009.

c. Defendants shall designate expert witnesses and provide disclosures required pursuant to FRCP 26(a)(2) by April 22, 2009.

d. Depositions of expert witnesses will be taken by and all expert discovery will be completed by July 22, 2009.

e. All dispositive motions shall be filed by September 22, 2009.

IT IS HEREBY ORDERED that the current discovery schedule shall be extended as follows:

1. The parties shall conclude written and oral discovery by January 22, 2009.

2. Plaintiff shall designate expert witnesses and provide disclosures required pursuant to FRCP 26(a)(2) by March 22, 2009.

3. Defendants shall designate expert witnesses and provide disclosures required pursuant to FRCP 26(a)(2) by April 22, 2009.

4. Depositions of expert witnesses will be taken by and all expert discovery will be completed by July 22, 2009.

Dated: *August 19, 2008*

_____
Hon. Susan E. Cox

Dated: August _____, 2008

/s/ Sharanya Gururajan (with permission)
Sharanya Gururajan
LEIBOWITZ LAW CENTER
420 West Clayton Street
Waukegan, IL 60085-4216
847-249-9100
*Counsel for Plaintiff*
*Jose J. Jaramillo*

/s/ Amy A. Kalarickal
Amy A. Kalarickal
POTESTIVO & ASSOCIATES, P.C.
134 N. LaSalle Street, Suite 2050
Chicago, IL 60602
312-263-0003
*Counsel for*
*U.S. Bank National Association, as Trustee for the Registered Holders of MASTR Asset Backed Securities Trust 2007-WMC1 Mortgage Pass-Through Certificates Series 2007-WMC1*

/s/ Arika J. Osacky (with permission)
Arika J. Osacky
Dykema Gossett, PLLC
10 South Wacker Drive, #2300
Chicago, Illinois 60606
*Counsel for Defendant*
*WMC Mortgage Corp.*