IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE J. JARAMILLO,<br><br>　　　　　Plaintiff<br><br>v.<br><br>ESPERANZA FINANCIAL SERVICES<br>OCWEN LOAN SERVICING<br>MORTGAGE ELECTRONIC REGISTRATION SYSTEM<br>WMC MORTGAGE CORPORATION<br>　　　　　Defendants. | Case No. 07 C 7006<br><br>Judge Blanche M. Manning<br><br>Magistrate Judge Susan E. Cox |

## WMC'S MOTION TO DISMISS
## PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendant, WMC Mortgage, LLC ("WMC"), by and through its attorneys, Dykema Gossett PLLC, for its Motion to Dismiss, states as follows:

1. WMC joins and adopts as its own US Bank's 12(b)(6) Motion to Dismiss Plaintiff's Second Amended Complaint ("US Bank's Motion") filed with this Court on July 28, 2008 as document number 78 and seeks to dismiss Plaintiff's Second Amended Complaint as it relates to WMC.

2. Counsel for WMC and counsel for Plaintiff agree to be bound by the same briefing schedule ordered by this Court on August 4, 2008 as document number 80 on US Bank's Motion.

CHICAGO\2499696.2
ID\AJO

WHEREFORE, WMC prays that this Court enter an Order granting WMC's Motion to Dismiss Plaintiff's Second Amended Complaint and for such other relief as the Court deems just and appropriate.

Dated: August 22, 2008

Respectfully submitted,

WMC MORTGAGE

By: /s/ Arika J. Osacky
One of its attorneys

Patrick T. Stanton ARDC # 6216899
Arika J. Osacky ARDC # 6275646
DYKEMA GOSSETT PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois 60606

## CERTIFICATE OF SERVICE

I, Arika J. Osacky, an attorney, hereby certify that a true and correct copy of the Notice of Motion and WMC'S Motion to Dismiss Plaintiff's Second Amended Complaint were served upon counsel of record through operation of the Court's ECF system on **August 22, 2008**:

**Counsel for Defendant US Bank National Association**
Amy A. Kalarickal - akalarickal@potestivolaw.com
POTESTIVO & ASSOCIATES, p.c.
134 North LaSalle St., Suite 2050
Chicago, Illinois 60602

**Counsel for Plaintiff**
David Perry Leibowitz – dpl@lakelaw.com
LEIBOWITZ LAW CENTER
420 W. Clayton Street
Waukegan, Illinois 60085-4216

                        Respectfully submitted,

                        By: /s/ Arika J. Osacky
                            One of its Attorneys

Patrick J. Stanton, Esq. (ARDC #6216899)
Arika J. Osacky, Esq. (ARDC #6275646)
DYKEMA GOSSETT PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois 60606
312-876-1700