IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE J. JARAMILLO,<br><br>　　　　Plaintiff<br><br>v.<br><br>ESPERANZA FINANCIAL SERVICES<br>OCWEN LOAN SERVICING<br>MORTGAGE ELECTRONIC REGISTRATION<br>SYSTEM<br>WMC MORTGAGE CORPORATION<br>　　　　Defendants. | Case No. 07 C 7006<br><br>Judge Blanche M. Manning<br><br>Magistrate Judge Susan E. Cox |

To:

| | |
|---|---|
| Amy A. Kalarickal -<br>akalarickal@potestivolaw.com<br>POTESTIVO & ASSOCIATES, p.c.<br>134 North LaSalle St., Suite 2050<br>Chicago, Illinois 60602 | David Perry Leibowitz – dpl@lakelaw.com<br>LEIBOWITZ LAW CENTER<br>420 W. Clayton Street<br>Waukegan, Illinois 60085-4216 |

## NOTICE OF MOTION

　　PLEASE TAKE NOTICE that at 11:00 a.m. on Thursday, August 28, 2008, or as soon thereafter as counsel may be heard, the undersigned counsel will appear before Judge Blanche M. Manning, or any other Judge sitting in her place and stead in Courtroom 2125, at the United States Courthouse for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached **WMC'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**, a copy of which is being served upon you.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　WMC MORTGAGE LLC

Dated: August 22, 2008　　　　　　　　By: _s/Arika J. Osacky_
　　　　　　　　　　　　　　　　　　　　　　Patrick T. Stanton

Arika J. Osacky
DYKEMA GOSSETT PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois 60606
312-876-1700

*Counsel for Defendant
WMC Mortgage LLC*

## CERTIFICATE OF SERVICE

I, Arika J. Osacky, an attorney, hereby certify that a true and correct copy of the Notice of Motion and WMC'S Motion to Dismiss Plaintiff's Second Amended Complaint were served upon counsel of record through operation of the Court's ECF system on **August 22, 2008**:

**Counsel for Defendant US Bank National Association**
Amy A. Kalarickal - akalarickal@potestivolaw.com
POTESTIVO & ASSOCIATES, p.c.
134 North LaSalle St., Suite 2050
Chicago, Illinois 60602

**Counsel for Plaintiff**
David Perry Leibowitz – dpl@lakelaw.com
LEIBOWITZ LAW CENTER
420 W. Clayton Street
Waukegan, Illinois 60085-4216

                                         Respectfully submitted,

                                         By:　/s/ Arika J. Osacky
                                                    One of its Attorneys

Patrick J. Stanton, Esq. (ARDC #6216899)
Arika J. Osacky, Esq. (ARDC #6275646)
DYKEMA GOSSETT PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois 60606
312-876-1700

CHICAGO\2501431.1
ID\AJO