IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE J. JARAMILLO | ) | |
| | ) | |
| | ) Case Number: | 07 CV 07006 |
| Plaintiff(s), | ) | |
| vs. | ) Honorable | Blanche M. Manning |
| | ) | |
| ESPERANZA FINANCIAL SERVICES, et.al | ) Magistrate Judge | Susan E. Cox |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

To: \*Amy Ann Kalarickal, Potestivo & Associates, 134 N. LaSalle St., Suite 2050, Chicago, Il - 60602
\*Patrick Thomas Stanton, Dykema, Gossett., PLLC, 10 South Wacker Drive, #2300, Chicago, IL – 60606
\*Arika Joy Osacky, Dykema, Gossett., PLLC, 10 South Wacker Drive, #2300, Chicago, IL – 60606

PLEASE TAKE NOTICE that on Tuesday, August 26, 2008 we caused to be filed Plaintiff's Response To U.S. Bank National Association, As Plaintiff For The Registered Holders Of Mastr Asset Backed Securities Trust 2007-WMC1mortgage Pass-Through Certificates Series 2007-WMC1's and WMC Mortgage Corporation's Motion To Dismiss Second Amended Complaint.

Dated: August 26, 2008

/s/ David P. Leibowitz

Attorney for Plaintiff

### Certificate of Service

On August 26, 2008 the undersigned, certifies that on this date, she caused a copy of the above document to be served upon each person shown via ECF electronic notification.

/s/Kellie Ojanpera Dame
Paralegal

1

David P. Leibowitz (Atty. No. 1612271)
Sharanya Gururajan (Atty. No. 6286295)
Leibowitz Law Center
420 W. Clayton Street
Waukegan, IL 60085
Phone:  847.249.9100