UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Jose J. Jaramillo

                Plaintiff,

v.                                                        Case No.: 1:07–cv–07006
                                                          Honorable Blanche M. Manning

Esperanza Financial Services, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 28, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Defendant, WMC's Motion to dismiss plaintiff's second amended complaint [83] is entered. Plaintiff to file a response to the motion by 9/18/2008. Defendant, WMC to reply by 10/2/2008. Ruling will be by mail unless otherwise notified. No appearance will be necessary on 8/28/2008. Mailed and telephoned notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.